1  SUSAN M. HACK, ESQ. (Bar No. 145347)
   HIGGS, FLETCHER & MACK LLP
2  401 West "A" Street, Suite 2600
   San Diego, CA  92101-7913
3  TEL: 619.236.1551
   FAX: 619.696.1410
4
   Attorneys for Defendant
5  MENU FOODS HOLDING, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  DIANE SWARBERG, individually and on          '07 CV 0706 BTM  POR
    behalf of all others similarly situated,     CASE NO.
12
                          Plaintiffs,            DEFENDANT'S DEMAND FOR JURY
13                                               TRIAL

14  v.

15  MENU FOODS HOLDING, INC., THE
    IAMS COMPANY, and DOES 1 through
16  100, inclusive

17                        Defendants.

18

19       TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

20       Defendant MENU FOODS HOLDING, INC. hereby demands a jury trial as provided by

21  Federal Rules of Civil Procedure 38(a).

22  DATED: __18 APR 07__            HIGGS, FLETCHER & MACK LLP

23

24                                  By: _____

25                                       SUSAN M. HACK, ESQ.
                                         Attorneys for Defendants
26                                       MENU FOODS HOLDING, INC.

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

801904.1

                                                      DEMAND FOR JURY TRIAL

FILED
07 APR 18 AM 11: 00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ PDC
                    DEPUTY