1  SUSAN M. HACK, ESQ. (Bar No. 145347)
   HIGGS, FLETCHER & MACK LLP
2  401 West A Street, Suite 2600
   San Diego, CA 92101-7913
3  TEL:  619.236.1551
   FAX:  619.696.1410
4

5  Attorneys for Defendant
   MENU FOODS HOLDING, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 DIANE SWARBERG, individually and on        CASE NO. 07 CV 0706 BTM (POR)
   behalf of all others similarly situated,
12                                             **NOTICE OF RELATED CASES,**
                  Plaintiffs,                  **PURSUANT TO LOCAL RULE 40.1(e)**
13
   v.                                          CTROOM:     15
14                                             JUDGE:      Hon. Barry Ted Moskowitz
   MENU FOODS HOLDING, INC.,                   TRIAL DATE: No Date Set
15 THE IAMS COMPANY, and
   DOES 1 through 100, inclusive,
16
                  Defendants.
17

18

19     Defendant MENU FOODS HOLDING, INC. hereby advises the Court, pursuant to Local

20 Rule 40.1(e), of the following recently filed and/or served related case:

21     1.    *Payne/Bartilucci v. Menu Foods, Inc.*, 07 CV 0705 JAH (CAB).

22     In these matters, the plaintiffs contend that their pets were injured and/or died following

23 their consumption of Defendant's products (specifically certain brands of dog and cat food).

24 Defendant submits that these matters: (1) arise from the same or substantially identical

25 happenings or events (the consumption of Defendant's products which is alleged to have caused

26 injury in each case); (2) involve the same (or substantially the same) parties; (3) call for

27 determination of the same or substantially identical questions of law; and (4) if heard by different

28 judges would entail the unnecessary duplication of labor.

HIGGS, FLETCHER
 & MACK LLP
ATTORNEYS AT LAW
  SAN DIEGO

802365.1

1     MENU FOODS, INC. has filed a Notice of Related Cases in the matter of *Payne/Bartilucci v. Menu Foods, Inc.*, 07 CV 0705 JAH (CAB) and requested that the "low number" rule be invoked for these two matters.

DATED: April 19, 2007                         HIGGS, FLETCHER & MACK LLP

By:/s/Susan M. Hack
   SUSAN M. HACK, ESQ.
   Attorneys for Defendant
   MENU FOODS HOLDING, INC.