Case 3:07-cv-00706-BTM-POR   Document 6   Filed 04/23/2007   Page 1 of 2

| | |
|---|---|
| 1 | SUSAN M. HACK, ESQ. (Bar No. 145347) |
| | HIGGS, FLETCHER & MACK LLP |
| 2 | 401 West A Street, Suite 2600 |
| | San Diego, CA 92101-7913 |
| 3 | TEL:  619.236.1551 |
| | FAX:  619.696.1410 |
| 4 | |
| 5 | Attorneys for Defendant |
| | MENU FOODS HOLDING, INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv0706 BTM (POR)<br><br>**DEFENDANT MENU FOODS HOLDING, INC.'S NOTICE OF MOTION AND MOTION TO STAY ALL PROCEEDINGS**<br><br>DATE:    June 15, 2007<br>TIME:    11:00 a.m.<br>CTROOM:  15<br>JUDGE:   Hon. Barry Ted Moskowitz<br>TRIAL DATE:  No Date Set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY CHAMBERS** |

**NOTICE IS HEREBY GIVEN** that on June 15, 2007, 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Barry T. Moskowitz, in Courtroom 15 of the above-entitled Court, located at 940 Front Street, San Diego, California, defendant MENU FOODS HOLDING, INC. will, and hereby does, move to stay all proceedings in this matter.

**NOTICE IS FURTHER GIVEN** that there will be no oral argument unless requested by the Court.

///

///

///

802297.1

07 CV 0706 BTM (POR)

This Motion is based upon this Notice and Motion; the Memorandum of Points and Authorities served and filed herewith; the Notice of Lodgment, and all exhibits attached thereto, served and filed therewith, and on all matters of which the court may take judicial notice; on all pleadings and records filed in this action; and on such evidence as may be presented at or before the hearing on this matter.

DATED: April 23, 2007               HIGGS, FLETCHER & MACK LLP


By:/s/Susan M. Hack
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS HOLDING, INC.

802297.1

2

07 CV 0706 BTM (POR)