Case 3:07-cv-00706-BTM-POR   Document 6   Filed 04/23/2007   Page 1 of 2

SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Defendant
MENU FOODS HOLDING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv0706 BTM (POR)<br><br>**NOTICE OF LODGMENT OF EXHIBITS**<br><br>DATE:        June 15, 2007<br>TIME:        11:00 a.m.<br>CTROOM:  15<br>JUDGE:      Hon. Barry Ted Moskowitz<br>TRIAL DATE: No Date Set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY CHAMBERS** |

Defendant MENU FOODS HOLDING, INC., hereby lodges the following exhibits in support of its Motion to Stay:

**Exhibit A:**   Plaintiff Shirley Sexton MDL Motion

**Exhibit B:**   Plaintiff Christina Troiano MDL Motion

**Exhibit C:**   Plaintiffs Tom Whaley, et. al. MDL Motion

**Exhibit D:**   April 12, 2007 JPML Notice

///
///
///
///
///

802265.1

07cv0706 BTM (POR)

**Exhibit E:**     Plaintiff's Complaint

DATED: April 23, 2007     HIGGS, FLETCHER & MACK LLP

By:/s/Susan M. Hack
SUSAN M. HACK, ESQ.
Attorneys for Defendant
MENU FOODS HOLDING, INC.