SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS HOLDING, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individuall and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENO FOODS HOLDING, INC., THE JAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07 CV 0706 BTM (POR)<br><br>**PROOF OF SERVICE BY MAIL/ELECTRONIC NOTICE**<br><br>**TRIAL DATE:** No Date Set |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On April 23, 2007, I served the within documents:

    1.    **DEFENDANT MENU FOODS HOLDING, INC.'S NOTICE OF MOTION AND MOTION TO STASY ALL PROCEEDINGS;**

    2.    **DEFENDANT MENU FOODS HOLDING, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS;**

    3.    **NOTICE OF LODGMENT OF EXHIBITS.**

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

☒ **((BY MAIL):** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit. (CCP §§ 1013, 2015.5.) **Further, notice shall be electronically mailed pursuant to the Southern District of California, Electronic Case Filing Administrative Policies and Procedures, on the parties as indicated above.**

**ATTORNEYS FOR PLAINTIFF**
**DIANE SWARBERG**

Jeffrey B. Cereghino, Esq.
Steven R. Weinmann, Esq.
**BERDING & WEIL LLP**
3240 Stone Valley Raod West
Alamo, CA 94507

Tel: (925) 838-2090
Fax: (925) 820-5592

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 23, 2007, at San Diego, California.

*Diana Zottolo*
DIANA ZOTTOLO