Don Howarth, State Bar No. 53783
Suzelle M. Smith, State Bar No. 113992
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile:  (213) 622-0791
Email:  dhowarth@howarth-smith.com

Attorneys for Defendant
THE IAMS COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 07cv0706 BTM(POR)**<br><br>Honorable Barry T. Moskowitz<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2  Court, Southern District of California, Defendant The Iams Company ("Defendant") and
3  Plaintiff Diane Swarberg ("Plaintiff"), hereby jointly move for an order extending the time
4  for Defendant to file its response to Plaintiff's Complaint. The parties jointly request that
5  the deadline for filing Defendant's First Responsive pleading be extended from April 26,
6  2007 to May 29, 2007.
7  Good cause exists for granting an extension. Defendant has just retained California
8  counsel, Howarth & Smith, and counsel needs time to review the facts and allegations in
9  order to prepare a proper response. This case was only recently removed from state to
10 federal court on April 18, 2007, by Defendant Menu Foods Holding, Inc., and is a class
11 action involving multiple parties.

13 Dated: April 25, 2007                  HOWARTH & SMITH

15                                        s/Don Howarth
                                          Don Howarth
                                          Attorneys for Defendant
16                                        The Iams Company

18 Dated: April ___, 2007                 BERDING & WEIL

20                                        Steven R. Weinmann
                                          Attorneys for Plaintiff
21                                        Diane Swarberg

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2  Court, Southern District of California, Defendant The Iams Company ("Defendant") and
3  Plaintiff Diane Swarberg ("Plaintiff"), hereby jointly move for an order extending the time
4  for Defendant to file its response to Plaintiff's Complaint. The parties jointly request that
5  the deadline for filing Defendant's First Responsive pleading be extended from April 26,
6  2007 to May 29, 2007.
7  Good cause exists for granting an extension. Defendant has just retained California
8  counsel, Howarth & Smith, and counsel needs time to review the facts and allegations in
9  order to prepare a proper response. This case was only recently removed from state to
10 federal court on April 18, 2007, by Defendant Menu Foods Holding, Inc., and is a class
11 action involving multiple parties.

13 Dated: April ___, 2007                    HOWARTH & SMITH

15                                           _____
                                             Don Howarth
16                                           Attorneys for Defendant
                                             The Iams Company

18 Dated: April 24, 2007                     BERDING & WEIL

                                             _____
20                                           Steven R. Weinmann
                                             Attorneys for Plaintiff
21                                           Diane Swarberg

# CERTIFICATE OF SERVICE

I certify that on April 25, 2007, I caused the following document:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**Jeffrey B. Cereghino, Esq.**
**Steven R. Weinmann, Esq.**
**BERDING & WEIL LLP**
**3240 Stone Valley Road West**
**Alamo, California 94507**

Dated: April 25, 2007                                s/Don Howarth
                                                     Don Howarth