```
 1  Don Howarth, State Bar No. 53783
    Suzelle M. Smith, State Bar No. 113992
 2  HOWARTH & SMITH
    523 West Sixth Street, Suite 728
 3  Los Angeles, California 90014
    Telephone: (213) 955-9400
 4  Facsimile:  (213) 622-0791
    Email:  dhowarth@howarth-smith.com
 5
    Attorneys for Defendant
 6  THE IAMS COMPANY
 7
 8                 UNITED STATES DISTRICT COURT
 9                SOUTHERN DISTRICT OF CALIFORNIA
10
11  DIANE SWARBERG, individually and on  )  CASE NO. 07cv0706 BTM(POR)
    behalf of all others similarly situated,  )
12                                       )  Honorable Barry T. Moskowitz
                   Plaintiff,            )
13                                       )  JOINDER IN NOTICE OF REMOVAL
          vs.                            )  OF ACTION
14                                       )
    MENU FOODS HOLDING, INC., THE        )
15  IAMS COMPANY, and DOES 1 through     )
    100, inclusive,                      )
16                                       )
                   Defendants.           )
17                                       )
18                                       )
19                                       )
20  _____    )
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1 | Defendant THE IAMS COMPANY hereby joins in MENU FOODS HOLDING,
2 | INC.'s Notice of Removal to this Court of the state court action described in said Notice of
3 | Removal.

4 | Dated: April 25, 2007                HOWARTH & SMITH

/s/ Don Howarth
Don Howarth

Attorneys for Defendant
THE IAMS COMPANY

## CERTIFICATE OF SERVICE

I certify that on April 25, 2007, I caused the following document:

**JOINDER IN NOTICE OF REMOVAL OF ACTION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**Jeffrey B. Cereghino, Esq.**
**Steven R. Weinmann, Esq.**
**BERDING & WEIL LLP**
**3240 Stone Valley Road West**
**Alamo, California 94507**

Dated: April 25, 2007                s/Don Howarth
                                     Don Howarth