1  SUSAN M. HACK, ESQ. (Bar No. 145347)
   STEPHEN T. PELLETIER, ESQ. (Bar No. 231236)
2  HIGGS, FLETCHER & MACK LLP
   401 West A Street, Suite 2600
3  San Diego, CA 92101-7913
   TEL:  619.236.1551
4  FAX:  619.696.1410

5  Attorneys for Defendant
   MENU FOODS HOLDING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS HOLDING, INC.,<br>THE IAMS COMPANY, and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv0706 BTM (POR)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Honorable Barry T. Moskowitz<br>Courtroom: 15 |

Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant MENU FOODS HOLDINGS, INC., hereinafter referred to as "MENU FOODS" and Plaintiff DIANE SWARBERG ("Plaintiff"), hereby jointly move for an order extending the time for Defendant MENU FOODS to file its response to Plaintiff's Complaint. The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from April 27, 2007 to June 11, 2007.

///
///
///
///

803517.1

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

07 CV 0706 BTM (POR)

Good cause exists for granting an extension. Defendant has just retained counsel, Higgs, Fletcher & Mack LLP, and counsel needs time to review the facts and allegations in order to prepare a proper response. The case was only recently removed from State to Federal Court on April 18, 2007, by Defendant MENU FOODS, and is a class action involving multiple parties.

IT IS SO STIPULATED.

DATED: April 27, 2007

HIGGS, FLETCHER & MACK LLP

By: s/Stephen T. Pelletier
SUSAN M. HACK, ESQ.
STEPHEN T. PELLETIER, ESQ.
Attorneys for Defendant
MENU FOODS

DATED: April 27, 2007

BERDING & WEIL, LLP

By: s/Jeffrey B. Cereghino
JEFFREY B. CEREGHINO, ESQ.
Attorneys for Plaintiff
DIANE SWARBERG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Barry T. Moskowitz
DISTRICT COURT JUDGE

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

803517.1        3

07 CV 0706 BTM (POR)

## **CERTIFICATE OF SERVICE**

I certify that on April 27, 2007, I caused the following document:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing document and the notice of electronic mailing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**Jeffrey B Cereghino**
Berding and Weil
3240 Stone Valley Road West
Alamo, CA 94507
(925)838-2090
Fax: (925)820-5592

**Don Howarth**
Howarth and Smith
523 West Sixth Street
Suite 728
Los Angeles, CA 90014
(213)955-9400
Email: dhowarth@howarth-smith.com

Date:  April 27, 2007                              s/Marianne Boyles