FILED

2007 MAY -2 AM 9:28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ꝶＰ_____DEPUTY

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | No. MDL DOCKET NO. 1850 |
|---|---|

07 CV 706 BTM (POR)

### NOTICE OF APPEARANCE

In compliance with Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiffs listed above.

> MILBERG WEISS & BERSHAD LLP
> JEFF S. WESTERMAN
> One California Plaza
> 300 South Grand Ave., Suite 3900
> Los Angeles, CA 90071
> Telephone: (213) 617-1200
> Facsimile: (213) 617-1975

DATED: April 27, 2007                    MILBERG WEISS & BERSHAD LLP
                                          CHERYL A. WILLIAMS

                                          _____
                                          CHERYL A. WILLIAMS

- 1 -

Dockets.Justia.com

One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com
cwilliams@milbergweiss.com
mfurukawa@milbergweiss.com

Counsel for Plaintiffs: Dawn Howe, Dennis
Lee Townsend, Glenna Townsend, Alexander
Nunez, Richard Chamberlain, and Mark
Golding.

DOCS\401618v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.    That on April 27, 2007, declarant served the NOTICE OF APPEARANCE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2007, at Los Angeles, California.

ANN MARIE GENOVESE

**MENU FOODS**
**MDL Docket No. 1850**
<u>Service List</u>

| *Counsel for Defendants* | |
|---|---|

**Lead Attorney Representing actions in New Jersey**

Gerard H. Hanson
HILL WALLACK
202 Carnegie Center
Princeton, NJ 08543-5226
Telephone: (609) 924-0808
Email: ghh@hillwallack.com

*Menu Foods Midwest Corporation*

*Menu Foods, Inc.*

*Menu Foods Income Fund*

*Menu Foods Limited*

*Menu Foods South Dakota, Inc.*

*Menu Foods Holdings, Inc.*

---

**Lead Attorney Representing actions in Arkansas**

Christy Comstock
21 West Mountain Street, Suite 300
Fayetteville, AR 72701
Telephone: (479) 582-3382
Email: ccomstock@joneslawfirm.com

*Menu Foods*

*Menu Foods Holdings, Inc*

*Menu Foods Midwest Corporation*

*Menu Foods South Dakota Inc.*

*Menu Foods, Inc.*

*Menu Foods Income Fund*

*Menu Foods Gen Par Limited*

*Menu Foods Limited Partnership*

*Menu Foods Operating Partnership*

---

**Lead Attorney Representing actions in Arkansas**

Marshall S. Ney
MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, PLLC
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
Telephone: (479) 273-9561
Facsimile: (479) 273-0527
Email: mney@mwsgw.com

*Wal-Mart Stores, Inc.*

DOCS\401618v1

**Lead Attorney Representing actions in Washington**

Jeffrey T. Kestle
Gary A. Trabolsi
GARDNER BOND TRABOLSI ST LOUIS &
CLEMENT
2200 6th Avenue, Suite 600
Seattle, WA  98121
Telephone: (206) 256-6309
Email: jkestle@gardnerbond.com
gtrabolsi@gardnerbond.com

*Menu Foods*

---

**Lead Attorney Representing actions in Colorado**

Rachel Laine Carnaggio
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, CO  80112-5952
Telephone: (3030) 228-0700
Facsimile: (303) 228-0701
Email: carnaggio@godlap.com

*Menu Foods Holdings, Inc.*

*Menu Foods, Inc.*

*Menu Foods Income Fund*

*Menu Foods Limited*

*Menu Foods Midwest Corporation*

---

**Lead Attorney Representing actions in Connecticut**

Matthew G. Conway
Jennifer Katz
CONWAY & STOUGHTON
818 Farmington Avenue
West Hartford, CT  06119
Telephone: (860) 523-8000
Facsimile: (860) 523-8002
Email: mconway@conwaystoughton.com
jkatz@conwaystoughton.com

*Menu Foods Inc.*

---

**Lead Attorney Representing actions in Florida**

Robert Dewitt McIntosh
ADORNO & YOSS
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL  33335-9002
Telephone (954) 523-5885
Facsimile: (954) 760-9531
Email: rdm@adorno.com

*Menu Foods Income Fund*

*Menu Foods, Inc.*

DOCS\401618v1

| | |
|---|---|
| **Lead Attorney Representing actions filed in Idaho** | *Menu Foods (Canada)* |

Stephen R. Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS
P.O. Box 829
Boise, ID 83701
Telephone: (208) 345-2000
Facsimile: (208) 385-5384
Email: srt@moffatt.com

---

**Lead Attorneys Representing actions filed in Illinois**

Edward B. Ruff, III
Priya K. Jesani
Michael Patrick Turiello
PRETZEL & STOUFFER, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
Telephone: (312) 346-1973
Email: eruff@pretzel-stouffer.com
pjesani@pretzel-stouffer.com

*Menu Foods Acquisition Inc.*

*Menu Foods Holdings, Inc.*

*Menu Foods Income Fund*

*Menu Foods Limited*

*Menu Foods Limited Partnership*

*Menu Foods Midwest Corporation*

*Menu Foods Operating Trust*

*Menu Foods, Inc.*

---

**Lead Attorney Representing actions filed in Nevada**

Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, NV 89509
Telephone: (775) 829-2002
Facsimile: (705) 829-1808
Email: cspann@perryspann.com

*Menu Foods, Inc.*

*Menu Foods Income Fund*

---

**Lead Attorney Representing actions filed in Rhode Island**

Thomas C. Angelone
HODOSH, SPINELLA & ANGELONE PC
One Turks Head Place, Suite 1050
Providence, RI 02903
Telephone: (401) 274-0200
Facsimile: (401) 274-7538
Email: angelonelaw@aol.com

*Menu Foods Income Fund*

*Menu Foods Midwest Corporation*

*Menu Foods South Dakota, Inc.*

*Menu Foods, Inc.*

**Lead Attorney Representing actions filed in Maine**          *Menu Foods Inc.*

Paul C. Catsos                                    *Menu Foods Income Fund*
THOMPSON & BOWIE
3 Canal Plaza                                     *Menu Foods Limited*
P.O. Box 4630
Portland, ME 04112                                *Menu Foods Midwest Corporation*
Telephone: 774-2500
Email: pcatsos@thompsonbowie.com

---

**Lead Attorney Representing actions filed in**          *Menu Foods Inc.*
**Tennessee**
                                                          *Menu Foods Income Fund*
Jeffrey R. Thompson
O'NEIL, PARKER & WILLIAMSON
P.O. Box 217
Knoxville, TN 37901-0217
Telephone: (865) 546-7190
Facsimile: (865) 546-0789
Email: jthompson@opw.com

---

**Lead Attorneys Representing actions filed in**          *Menu Foods Holding Inc.*
**California**
                                                          *Menu Foods, Inc.*
Susan Moriarty Hack
HIGGS FLETCHER AND MACK
401 West A Street, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
Email: hack@higgslaw.com

---

Don Howarth                                       *The Iams Company*
Suzelle M. Smith
HOWARTH & SMITH                                   *The Proctor & Gamble Company*
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
Telephone: (213) 955-9400
Email: dhowarth@howarth-smith.com
ssmith@howarth-smith.com

---

DOCS\401618v1

| | |
|---|---|
| Mordecai D. Boone<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>Email: mboone@gordonrees.com | *Menu Foods Income Fund*<br><br>*Menu Foods Midwest Corporation*<br><br>*Menu Foods South Dakota Inc.*<br><br>*Menu Foods, Inc.* |
| Jean M. Lawler<br>Gina E. Och<br>MURCHISON AND CUMMING<br>Chase Plaza<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4613<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336<br>Email: goch@murchison-cumming.com | *Foods, Inc.*<br><br>*Menu Foods Income Fund*<br><br>*Menu Foods Limited*<br><br>*Menu Foods Midwest Corp.*<br><br>*Menu Foods Operating Limited Partnership*<br><br>*Menu Foods, Inc.*<br><br>*Petco Animal Supplies Inc.*<br><br>*The IAMS Company* |
| Gary L. Justice<br>William E. Wegner<br>GIBSON DUNN AND CRUTCHER<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Email: wwegner@gibsondunn.com | *Nutro Products* |
| Robert Troyer<br>HOGAN & HARTSON LLP<br>One Tabor Center<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202<br>Telephone: (303)899-7300<br>Facsimile: (303) 899-7333 | *Nestle* |
| **Additional Defendants** | |

DOCS\401618v1

| | |
|---|---|
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Menu Foods Operating Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>425 W. Capitol Avenue, Suite 1700<br>Little Rock, AR 72201 |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Xuzhou Anying Biologic Technology<br>Development Co. Ltd<br>c/o Mr. Mao Lujun<br>Wangdian Industrial Pei County Jiangsu<br>Xuzhou, Jiangsu, P. R. China |
| Suzhou Textile Import and Export Company<br>201 Zhuhui Road<br>Suzhou, Jiangsu, China 215006 | Nestle USA, Inc.<br>Nestle Holdings, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Nestle Purina Petcare Co.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 | Nestle, S.A.<br>c/o Nestlé USA, Inc.<br>800 North Brand Blvd.<br>Glendale, CA 91203 |
| Chemnutra, Inc.<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | |

David L. Lillehaug
FREDRIKSON & BYRON, P.A.
200 S. Sixth Street, Suite 4000
Minneapolis, MN 55402

**Counsel For The Menu Food Entities**

Barbara L. Croutch
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**Counsel For Petco**

| | |
|---|---|
| Charles H. Abbott III<br>GIBSON DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA  90071-3197 | *Counsel For Nutro Products, Inc.* |
| Gerard H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: (609) 924-0808<br>Email: ghh@hillwallack.com | *Chemnutra, Inc.* |
| **Attorneys for Plaintiffs** | |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR  72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196<br>Email: jhatfield@lundydavis.com | *Sims v. Menu Foods*<br>*5:07-cv-05053-JLH*<br>*W.D. Arkansas* |
| Richard A. Adams<br>PATTON, ROBERTS, McWILLIAMS &<br>CAPSHAW<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: (903) 334-7107<br>Facsimile: (903) 334-7007<br>Email: radams@pattonroberts.com<br><br>Jeremy Y. Hutchinson<br>Jack T. Patterson, II<br>PATTON, ROBERTS, McWILLIAMS &<br>CAPSHAW<br>111 Center Street, Suite 1315<br>Little Rock, AR  72201<br>Telephone: (501) 372-3480<br>Facsimile: (501) 372-3488<br>Email: jhutchinson@pattonroberts.com<br><br>Timothy Chad Hutchinson<br>WILLIAMS & HUTCHINSON, LLP<br>5417 Pinnacle Point Drive, Suite 500<br>Rogers, AR  72758<br>Telephone: (479) 464-4944<br>Facsimile: (479) 464-4946<br>Email: thutchinson@whs-lawfirm.com | *Widen v. Menu Foods*<br>*5:07-cv-05055-RTD*<br>*W.D Arkansas* |

Sean F. Rommel
PATTON, ROBERTS, McWILLIAMS, GREER &
CAPSHAW, LLP
P.O. Box 6128
2900 St. Michael Drive
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: srommel@pattonroberts.com

James C. Wyly
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW, LLP
P. O. Box 6128
Texarkana, TX 75505
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: jwyly@pattonroberts.com

Jason M. Hatfield
LUNDY & DAVIS, LLP
300 North College Avenue, Suite 309
Fayetteville, AR 72701
Telephone: (4790 527-3921
Facsimile: (479) 587-9196
Email: jhatfield@lundydavis.com

*Cooper v. Menu Foods*
*4:07-cv-04036-HFB*
*W.D Arkansas*

William Gene Horton
NOLAN, CADDELL & REYNOLDS, PA
P.O. Box 184
Fort Smith, AR 72902
Telephone: (479) 782-5297
Facsimile: (479) 782-5194
Email: bhorton@justicetoday.com

*Gray v. Menu Foods*
*5:07-cv-05065-RTD*
*W.D. Arkansas*

Jeffrey B. Cereghino
BERDING AND WEIL
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592
Email:

*Swarberg v. Menu Foods*
*3:07-cv-00706-BTM-POR*

DOCS\401618v1

| | |
|---|---|
| Eric Benink<br>KRAUSE KALFAYAN BENINK AND SLAVENS<br>625 Broadway, Suite 635<br>San Diego, CA 92101<br>Telephone (619) 232-0331<br>Facsimile: (619) 232-4019 | *Payne v. Menu Foods*<br>*3:07-cv-00705-JAH-CAB* |
| Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Telephone: (916) 568-1100<br>Email: mjt@wtwlaw.us<br><br>Stuart Talley<br>KERSHAW CUTTER RATINOFF & YORK<br>980 9th Street, 19th floor<br>Sacramento, CA 95814<br>Telephone: (916) 448-9800<br>Facsimile: (916) 669-4499 | *Sexton v. Menu Foods*<br>*07-cv-01958-GHK-AJW*<br>*C.D. California* |
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | *Howe v. Menu Foods*<br>*2:07-cv-02060-SJO-PLA*<br>*C. D. California* |
| Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | *Townsend v. Menu Foods*<br>*5:07-cv-00398-GHK-AJW*<br>*C.D. California* |

DOCS\401618v1

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Chamberlain v. Nestle SA*
*2:07-cv-02476-FMC-SS*
*C.D. California*

James L. Davidson
Paul J. Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email: jdavidson@lerachlaw.com
sdavidson@lerachlaw.com
pgeller@lerachlaw.com
shawnw@lerachlaw.com

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
100 Pine Street, Suite 2600
San Francisco, CA 94111

*Ingles v. Menu Foods*
*3:07-cv-01809-MMC*
*N.D. California*

Robert M. Churella
Robert K. Friedl
Michael L. Kelly
KIRTLAND & PACKARD
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245
Telephone: (310) 536-1000
Email: rmc@kirtland-packard.com
rkf@kirtlandpackard.com
michaellkelly@earthlink.net

*Paul Randolph Johnson v. Menu Foods*
*2:07-cv-01987-GHK-AJW*
*C.D. California*

Andrew H. Friedman
Gregory D. Helmer
HELMER AND SMITH
723 Ocean Front Walk
Venice, CA 90292
Telephone: (310) 396-7714

*Grady v. Menu Foods*
*2:07-cv-02253-DDP-PLA*
*C.D. California*

Paul L. Hoffman
Michael S. Morrison
Michael D. Seplow
SCHONBRUN DeSIMONE SEPLOW HARRIS
AND HOFFMAN
723 Ocean Front Walk, Suite 100
Venice, CA 90291-3270
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Email: hoffpaul@aol.com

Thomas M. Ferlauto
William T. King
KING & FERLAUTO
1880 Century Park East, Suite 820
Los Angeles, CA 90067-1627
Telephone: (310) 552-3366
Email: ferlauto@pacbell.net

*Finestone v. Menu Foods*
*2:07-cv-02338-CAS-CW*
*C.D. California*

Bruce E. Newman
Kevin Edward Creed
NEWMAN, CREED & ASSOCIATES
P.O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200
Facsimile: (860) 582-0012
Email: bnewman@newmancreedlaw.com
kcreed@newmancreedlaw.com

*Osborne v. Menu Foods*
*07-cv-00469-RNC*
*D. Connecticut*

Debra Lynn Waldhauer - *pro per*
Satoru Waldhauer
159 N. Audrey Circle NW
Fort Walton Beach, FL 32548
Telephone: (850) 243-8974

*Waldhauer v. Menu Foods*
*3:07-cv-00131-MCR-EMT*
*N.D. Florida*

DOCS\401618v1

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (560) 750-3364
Email: jdavidson@lerachlaw.com
sdavidson@lerachlaw.com
pgeller@lerachlaw.com

*Troiano v. Menu Foods*
*0:07-cv-60428-JIC*
*S.D. Florida*

Lawrence M. Kopelman
KOPELMAN & BLANKMAN
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
Telephone: (954) 462-6855
Facsimile: (954) 462-6899

Scott Wm. Weinstein
MORGAN & MORGAN, PA
12800 University Drive, Suite 600
P.O. Box 9504
Ft. Myers, FL 33906
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com

*Ferrarese v. Menu Foods*
*2:07-cv-00235-JES-DNF*
*M.D. Florida*

Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com

Scott Rhead Shepherd
SHEPHERD FINKELMAN MILLER & SHAH
4400 N. Federal Highway
Lighthouse Point, FL 33064-1717
Telephone: (954) 943-9191
Facsimile: (954) 943-9173
Email: sshepherd@classactioncounsel.com

*Donnelly v. Menu Foods*
*1:07-cv-20955-JAL*
*S.D. Florida*

DOCS\401618v1

Bruce S. Bistline                                    *Klimes v. Menu Foods*
Philip Howard Gordon                                 *1:07-cv-00160-MHW*
GORDON LAW OFFICES                                   *D. Idaho*
623 W. Hays
Boise, ID 83702-5512
Telephone: (208) 345-7100
Facsimile: (208) 345-0050
Email: bbistline@gordonlawoffices.com
pgordon@gordonlawoffices.com

Mick Hodges
PETERSON HODGES & HARPER
P.O. Box 3088
Twin Falls, ID 83303-5298
Telephone: (208) 733-5500
Email: mick76hodges@aol.com

---

John Blim                                            *Majerczyk v. Menu Foods*
Jay Edelson                                          *1:07-cv-01543*
BLIM & EDELSON, LLC                                  *N.D. Illinois*
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401
Email: john@blimlaw.com
jay@blimlaw.com

Gino L. DiVito
TABET DiVITO & ROTHSTEIN LLC
209 S. La Salle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9460
Email: gdivito@tdrlawfirm.com

---

Brian R. Cunha                                       *Rodrigues v. Menu Foods*
BRIAN CUNHA & ASSOCIATES                             *1:07-cv-10745-EFH*
311 Pine Street                                      *D. Massachusetts*
Fall River, MA 02720
Telephone: (508) 675-9500
Facsimile: (508) 679-6565
Email: Brian@briancunha.com

---

DOCS\401618v1

Leonard M. Gulino
Daniel J. Mitchell
Theodore A. Small
Michael R. Bosse
BERNSTEIN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Email: lgulino@bssn.com
mbossee@bernsteinshur.com
dmitchell@bernsteinshur.com
tsmall@bernsteinshur.com

*Brazilian v. Menu Foods Income Fund*
*2:07-cv-00054-GZS*
*D. Maine*

---

Brian O. O'Mara
O'MARA LAW FIRM, P.C.
311 E. Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
Email: brian@omaralaw.net

*Streczyn v. Menu Foods*
*3:07-cv-00159-LRH-VPC*
*D. Nevada*

---

Bruce Daniel Greenberg
Allyn Zissel Lite
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Email: bgreenberg@ldgrlaw.com
alite@ldgrlaw.com

*Richard & Kohler v. Menu Foods*
*1:07-cv-01457-NLH-AMD*
*D. New Jersey*

---

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

*Workman v. Menu Foods*
*1:07-cv-01338-NLH-AMD*
*D. New Jersey*

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

---

Gregg D. Trautmann
TRAUTMANN & ASSOCIATES, LLC
262 East Main Street
Rockaway, NJ 07866
Telephone: (973) 316-8100
Email: gdt@trautmann.com

*Thomson v. Menu Foods*
*1:07-cv-01360-PGS-RJH*
*D. New Jersey*

---

Alan E. Sash
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
Email: asash@mclaughlinstern.com

*Tinker v. Menu Foods*
*1:07-cv-01468-NLH-AMD*
*D. New Jersey*

Arthur N. Abbey
Stephen T. Rodd
Orin Kurtz
ABBEY SPANIER RODD ABRAMS & PARADIS
212 East 39th Street
New York, NY 10016

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Richard v. Menu Foods*
*1:07-cv-01457-NLH-AMD*
*D. New Jersey*

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Wilson v. Menu Foods*
*1:07-cv-01456-NLH-AMD*
*D. New Jersey*

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815

Kenneth A. Wexler
WEXLER TORISEVA WALLACE
One North La Salle Street, Suite 2000
Chicago, IL 60602

DOCS\401618v1

KERSHAW CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA  95814

Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM, LLC
601 Longwood Avenue
Cherry Hill, NJ  08002
Telephone: (856) 779-9500
Email: mferrara@ferraralawfirm.com

*Bonier v. Menu Foods*
*1:07-cv-01477-NLH-AMD*
*D. New Jersey*

William M. Audet
Michael McShane
Kevin L. Thomason
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Hidalgo v. Menu Foods*
*1:07-cv-01488-NLH-AMD*
*D. New Jersey*

James Lee Davidson
Paul Jeffrey Geller
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL  33432

Joseph J. DePalma
LITE, DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Nunez v. Menu Foods*
*1:07-cv-1490-NLH*
*D. New Jersey*

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071

DOCS\401618v1

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL  33432

*Gagliardi v. Menu Foods*
*1:07-cv-01522-NLH-AMD*
*D. New Jersey*

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071

*Golding v. Menu Foods*
*1:07-cv-01521-NLH-AMD*
*D. New Jersey*

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL  33432

*Turturro v. Menu Foods*
*1:07-cv-01523-NLH-AMD*
*D. New Jersey*

DOCS\401618v1

Donna Siegel Moffa
TRUJILLO, RODRIGUEZ & RICHARDS LLP
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Robert A. Rovner
Jeffrey Zimmerman
ROVNER, ALLEN, ROVNER ZIMMERMAN &
NASH
175 Bustleton Pike
Feasterville, PA 19053-6456

*Schneider v. Menu Foods*
*1:07-cv-01533-NLH-AMD*
*D. New Jersey*

---

Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM, LLC
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
Email: mferrara@ferraralawfirm.com

*Berndl v. Menu Foods*
*1:07-cv-01553-NLH-AMD*
*D. New Jersey*

---

Gary S. Graifman
KANTROWITZ, GOLDHAMMER & GRAIFMAN,
ESQS.
210 Summit Avenue
Montvale, NY 07645
Telephone: (201) 391-7000
Email: ggraifman@kgglaw.com

Robert Kaplan
Linda Nussbaum
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

*Pittsonberger v. Menu Foods*
*07-cv-01561-NLH-AMD*
*D. New Jersey*

DOCS\401618v1

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

*Carter v. Menu Foods*
*1:07-cv-01562-NLH-AMD*
*D. New Jersey*

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

*Bullock v. Menu Foods*
*1:07-cv-01579-NLH-AMD*
*D. New Jersey*

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

Todd M. Schneider
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Gary E. Mason
Donna F. Sollen
THE MASON LAW FIRM, LLP
1225 19th Street, NW Suite 500
Washington, DC 20036

Gary S. Graifman
KANTROWITZ, GOLDHAMMER & GRAIFMAN
210 Summit Avenue
Montvale, NY 07645

Jeffrey A. Wigodsky
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND
1133 Connecticut Ave. NW, Suite 250
Washington, DC 20036

Joseph M. Vanek
VANEK, VICKERS & MASINI
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606

DOCS\401618v1

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH,
LLC
475 White Horse Pike
Collingswood, NJ  08107-1909
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
Email: jshah@classactioncounsel.com

*Christina Johnson v. Menu Foods*
*1:07-cv-01610-NLH-AMD*
*D. New Jersey*

---

Scott A. George
SEEGER WEISS, LLP
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone: (973) 639-9100
Email: sgeorge@seegerweiss.com

*Conner v. Menu Foods*
*1:07-cv-01623-NLH-AMD*
*D. New Jersey*

---

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ  08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

*Long v. Menu Foods*
*1:07-01624-NLH-AMD*
*D. New Jersey*

---

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ  08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

*Conti v. Menu Foods*
*1:07-cv-01638-NLH-AMD*
*D. New Jersey*

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Freeman v. Menu Foods*
*1:07-cv-01646-NLH-AMD*
*D. New Jersey*

---

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ  07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

*Pirches v. Menu Foods*
*1:07-cv-01685-NLH-AMD*
*D. New Jersey*

---

DOCS\401618v1

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Diedrich v. Menu Foods*<br>*1:07-cv-01700-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Sokolwski v. Menu Foods*<br>*1:07-cv-01709-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *McCullouch v. Menu Foods*<br>*1:07-cv-01710-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Colquitt v. Menu Foods*<br>*1:07-cv-01738-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Debarthy v. Menu Foods*<br>*1:07-cv-01739-NLH-AMD*<br>*D. New Jersey* |
| Seth R. Lesser<br>LAW OFFICES OF GENE LOCKS, PLLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ 08002<br>Telephone: (856) 663-8200<br>Email: slesser@lockslawny.com | *Byers v. Menu Foods*<br>*1:07-cv-01747-NLH-AMD*<br>*D. New Jersey* |

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

*Carestio v. Menu Foods*
*1:07-cv-01762-NLH-AMD*
*D. New Jersey*

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
MURRAY & MURRAY CO., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Email: jotm@murrayandmurray.com
dms@murrayandmurray.com
lom@murrayandmurray.com

*Boehm v. Menu Foods*
*1:07-cv-01018-PCE*
*D. Ohio*

Jeremy Gilman
Nicole Dorsky
BENESCH, FRIEDLANDER, COPLAN, ARONOFF
2300 BP Tower
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4593
Facsimile: (216) 363-4588
Email: jgilman@bfca.com
ndorsky@bfca.com

Peter N. Wasylyk
PETER N. WASYLYK - ATTORNEY AT LAW
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 831-7730
Facsimile: 861-6064
Email: pnwlaw@aol.com

*Brown v. Menu Foods*
*1:07-cv-00115-ML-LDA*
*D. Rhode Island*

Garrett D. Blanchfield, Jr.
Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone: (651) 287-2100
Email: g.blanchfield@rwblawfirm.com
mreinhardt@comcast.net

*Rozman v. Menu Foods Midwest Corp.*
*0:07-cv-01808-ADM-AJB*
*Minnesota*

DOCS\401618v1

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR  97204

Marc Stanley
STANLEY MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX  75205

A. James Andrews
A. JAMES ANDREWS, ATTORNEY AT LAW
905 Locust Street
Knoxville, TN  37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623
Email: andrewsesq@icx.net

*Holt v. Menu Foods*
*3:07-cv-00094*
*E.D. Tennessee*

Nicole Bass
905 Locust Street
Knoxville, TN  37902

Perry A. Craft
CRAFT & SHEPPARD
214 Centerview Drive, Suite 233
Brentwood, TN  37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717
Email: perrycraft@crafsheppardlaw.com

Dan C. Stanley
Robert R. Kurtz
STANLEY & KURTZ, PLLC
422 S. Gay Street, 3rd Floor
Knoxville, TN  37902
Telephone: (865) 522-9942
Facsimile: (865) 522-9945
Email: rkurtz@lock-net.com
dan@danchanningstanley.com

*Light v. Menu Foods*
*3:07-cv-00098*
*E.D. Tennessee*

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA  98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

*Whaley v. Menu Foods*
*2:07-cv-00411-RSM*
*W.D. Washington*

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com<br><br>Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: (206) 398-1188<br>Facsimile: (206) 398-1189<br>Email: mmyers@myers-company.com | *Heller v. Menu Foods*<br>*2:07-cv-00453-JCC*<br>*W.D. Washington* |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com<br><br>Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: (206) 398-1188<br>Facsimile: (206) 398-1189<br>Email: mmyers@myers-company.com | *Kornelius v. Menu Foods*<br>*2:07-cv-00454-MJP*<br>*W.D. Washington* |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com | *Johnson v. Menu Foods*<br>*2:07-cv-00455-JCC*<br>*W.D. Washington* |

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

*Suggett v. Menu Foods*
*2:07-cv-00457-RSM*
*W. D. Washington*

---

Jennifer Reba Thomaidis
THOMAIDIS LAW, LLC
1866 Vine Street
Denver, CO 80206
Telephone: (303) 322-4355
Facsimile: (303) 322-4354
Email: Jennifer@thomaidislaw.com

*Tompkins v. Menu Foods*
*1:07-cv-00736-JLK*
*D. Colorado*

| **COURTS** | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Western District of Arkansas<br>35 E. Mountain Street, Suite 510<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>U.S. District Court, Central District of California<br>312 N. Spring Street, Rm G-8<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>U.S. District Court, Northern District of California<br>Phillip Burton United States Courthouse<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3434 | Clerk of the Court<br>U.S. District Court, Southern District of California<br>4290 Edward J. Schwartz<br>United States Courthouse<br>940 Front Street<br>San Diego, CA 92101 |
| Clerk of the Court<br>U.S. District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, 2nd Floor<br>Denver, CO 80294 | Clerk of the Court<br>U.S. District Court, District of Connecticut<br>450 Main<br>Hartford, CT 06103 |
| Clerk of the Court<br>U.S. District Court, Middle District of Florida<br>George C. Young United States Courthouse<br>80 North Hughey Avenue, Suite 300<br>Orlando, FL 32801 | Clerk of the Court<br>U.S. District Court, Northern District of Florida<br>United States Courthouse Annex<br>111 North Adams Street, 3rd Floor<br>Tallahassee, FL 32301 |

DOCS\401618v1

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Southern District of Florida<br>299 E. Broward Blvd., Suite 108<br>Fort Lauderdale, FL 33301 | Clerk of the Court<br>U.S. District Court, District Court of Idaho<br>400 James A. McClure Federal Bldg and United States Courthouse<br>550 West Fort Street<br>Boise, ID 83724-0101 |
| Clerk of the Court<br>U.S. District Court, Northern District of Illinois<br>209 S. Dearborn Street<br>Chicago, IL 60604 | Clerk of the Court<br>U.S. District Court, District Court of Maine<br>Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME 04101-4152 |
| Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA 02210-3002 | Clerk of the Court<br>U.S. District Court, District Court of Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 |
| Clerk of the Court<br>U.S. District Court, District Court of Nevada<br>Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, 1st Floor<br>Las Vegas, NV 89101-7065 | Clerk of the Court<br>U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| Clerk of the Court<br>U.S. District Court, District of Rhode Island<br>Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk of the Court<br>U.S. District Court, Eastern District of Tennessee<br>Howard H. Baker Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, TN 37902-7902 |
| Clerk of the Court<br>U.S. District Court, Western District of Washington<br>700 Stewart Street<br>Seattle, WA 98101 | |

DOCS\401618v1