# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv0706 JAH(CAB)<br><br>**ORDER**<br><br>Honorable John A. Houston<br>Courtroom: 11 |

## ORDER

Pursuant to the Joint Motion For Extension Of Time To File Responsive Pleading, made by Defendant MENU FOODS HOLDINGS, INC., and Plaintiff DIANE SWARBERG (collectively "Parties"), and for good cause shown, the Parties' Joint Motion is hereby granted. The deadline for filing Defendant's First Responsive pleading is extended to June 11, 2007.

IT IS SO ORDERED.

Dated: May 1, 2007

_____
The Honorable John A. Houston
District Court Judge

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

803778.1

07 CV 0706 JAH(CAB)