| | |
|---|---|
| 1 | Don Howarth (State Bar No. 53783) |
| | Suzelle M. Smith (State Bar No. 113992) |
| 2 | HOWARTH & SMITH |
| | 523 West Sixth Street, Suite 728 |
| 3 | Los Angeles, California 90014 |
| | Telephone: (213) 955-9400 |
| 4 | Facsimile: (213) 622-0791 |
| | Email: dhowarth@howarth-smith.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | THE IAMS COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DIANE SWARBERG, individually and on behalf of all others similarly situated, | CASE NO. 07cv0706 JAH(CAB) |
| 12 | | Honorable John A. Houston |
| 13 | Plaintiff, | ORDER |
| 14 | vs. | |
| 15 | MENU FOODS, HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, Inclusive, | |
| 16 | | |
| 17 | Defendants. | |

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2  Court, Southern District of California, the Court hereby finds good cause to extend the
3  time for Defendant The Iams Company to file its response to Plaintiff's complaint.
4  It is hereby ORDERED that the parties' Joint Motion For Extension Of Time To
5  File Responsive Pleading is granted.  Defendant's First Responsive pleading is due on or
6  before May 29, 2007.

8  DATED:  May 1, 2007

10  HON. JOHN A. HOUSTON
    United States District Judge

07:P1814001.wpd                                            07cv0706 JAH(CAB)