UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Civil No.07CV0706 JAH(CAB)<br><br>**ORDER RESCHEDULING MOTION HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the date of June 15, 2007 set for hearing defendant Menu Foods Holding, Inc.'s motion to stay all proceedings is VACATED and rescheduled for **May 31, 2007 at 3:00 p.m. in Courtroom 11.**

Dated: May 7, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge

07cv0706

Dockets.Justia.com