1  Don Howarth, State Bar No. 53783
   Suzelle M. Smith, State Bar No. 113992
2  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
3  Los Angeles, California 90014
   Telephone: (213) 955-9400
4  Facsimile:  (213) 622-0791
   Email:  dhowarth@howarth-smith.com

5  Attorneys for Defendant
   THE PROCTER & GAMBLE COMPANY
6

7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAYNE and STEVE BARTILUCCI,<br><br>             Plaintiffs,<br><br>    vs.<br><br>MENU FOODS, INC., a New Jersey corporation, PETCO ANIMAL SUPPLIES, INC.; a Delaware corporation, SAFEWAY, INC., a Delaware corporation, THE PROCTER & GAMBLE COMPANY, a Ohio corporation, and DOES 1 through 50,<br><br>             Defendants. | **CASE NO. 07cv0705 JAH(GAB)**<br><br>Honorable John A. Houston<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE PROCTER & GAMBLE COMPANY** |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1 | Pursuant to Fed. R. Civ. P. 7.1, Defendant The Procter & Gamble Company ("Procter
2 | & Gamble") states that it is a publicly traded corporation. No publicly held corporation
3 | owns 10% or more of the stock of Procter & Gamble.

4 | Dated: May 9, 2007                      HOWARTH & SMITH

6 |                                         s/Don Howarth
                                            Don Howarth
7 |                                         Attorneys for Defendant
                                            The Procter & Gamble Company

# CERTIFICATE OF SERVICE

I certify that on May 9, 2007, I caused the following document:

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE PROCTER & GAMBLE COMPANY**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**Eric J. Benick, Esq.
KRAUSE KALFAYAN BENINK
 & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, California  92101**

**David S. Casey, Jr., Esq.
Thomas D. Penfield, Esq.
CASEY GERRY SCHENK FRANCAVILLA
 BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California  92101**

Dated:  May 9, 2007               s/Don Howarth
                                  Don Howarth