SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS HOLDING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv0706 JAH (CAB)<br><br>**DEFENDANT MENU FOODS HOLDING, INC.' S DISCLOSURE STATEMENT OF NOTICE OF INTERESTED PARTIES**<br><br>CTROOM: 11<br>JUDGE: Hon. John A. Houston<br>TRIAL DATE: Not Set |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for MENU FOODS HOLDING, INC. submits the following disclosure:

MENU FOODS HOLDING, INC. is a Delaware corporation with its principal place of business in Pennsauken, New Jersey. MENU FOODS HOLDING, INC. owns 10% or more of MENU FOODS HOLDING, INC.'s stock.

DATED: May 14, 2007                                             HIGGS, FLETCHER & MACK LLP


                                                                By:/s/Susan M. Hack
                                                                SUSAN M. HACK, ESQ.
                                                                Attorneys for Defendant
                                                                MENU FOODS HOLDING, INC.

805576.1

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS HOLDING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individuall and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENO FOODS HOLDING, INC., THE JAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. **07cv0706 JAH (CAB)**<br><br>**PROOF OF SERVICE BY MAIL/ELECTRONIC NOTICE**<br><br>**TRIAL DATE:** No Date Set |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On May 14, 2007, I served the within documents:

DEFENDANT MENU FOODS HOLDING, INC.'S DISCLOSURE STATEMENT OF NOTICE OF INTERESTED PARTIES

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

☒ **(BY ELECTRONIC FILING):** I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

**SERVED VIA U.S. MAIL:**

ATTORNEYS FOR PLAINTIFF
DIANE SWARBERG

Jeffrey B. Cereghino, Esq.
Steven R. Weinmann, Esq.
BERDING & WEIL LLP
3240 Stone Valley Raod West
Alamo, CA 94507

Tel: (925) 838-2090
Fax: (925) 820-5592

**ELECTRONICALLY REGISTERED:**

Don Howarth, Esq.
Howarth and Smith
523 West Sixth Street
Suite 728
Los Angeles, CA 90014
(213) 955-9400
Email: dhowarth@howarth-smith.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 14, 2007, at San Diego, California.

*Diana Zottolo*
DIANA ZOTTOLO