UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DIANE SWARBERG, etc., et al.  )
                              )
                  Plaintiff   )     Case No. 07cv0706 JAH (CAB)
                              )
        vs.                   )     PRO HAC VICE APPLICATION
                              )
MENU FOODS HOLDING, INC., et al. )
                              )     Menu Foods Holding, Inc.
                  Defendant   )     Party Represented
                              )

I, Edward B. Ruff, III _____ hereby petition the above entitled court to permit
                (Applicant)
me to appear and participate in this case and in support of petition state:

My residence address       5814 Giddings, Hinsdale, IL  60521
and phone number are:      (630) 789-6627

My firm name is:           Pretzel & Stouffer, Chartered

My office address and      One South Wacker Drive, Suite 2500, Chicago ILL 60606
phone number are:          (312) 578-7507

That on  SEE ATTACHED LIST (Attachment A)  I was admitted to practice before
SEE ATTACHED LIST (Attachment A) ; and am currently in good standing and eligible to practice
        (Name of Court)
in said court:

That I am not currently suspended or disbarred in any other court:

That I (have) (have not) concurrently or within the year preceding this application made any pro have vice
application to this court.

(If previous application made, complete the following)

FILED
MAY 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Title of case _____

Case number _____  Date of application _____

Application _____ granted  _____ denied

I declare under penalty of perjury that the foregoing is true and correct.

                         PRETZEL & STOUFFER, Chartered
                         _____
                         (Signature of Applicant)
                         EDWARD B. RUFF, III

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

SUSAN M. HACK
HIGGS, FLETCHER & MACK LLP            (619) 236-1551
(Name)                                 (Telephone)

401 WEST A STREET, SUITE 2600, SAN DIEGO, CALIFORNIA 92101
(Street)                        (City)                    (Zip code)

                         _____
                         Signature of Applicant
                         EDWARD B. RUFF, III

::ODMA\PCDOCS\WORDPERFECT\35980\1 January 2, 2002 (3:00pm)                      CSD-127

Dockets.Justia.com

I hereby consent to the above designation.

_____
Signature of Designee Attorney
SUSAN M. HACK

The pro hac vice application is hereby approved for filing.

**RECEIVED**
MAY 1 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk    J. HATHAWAY

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:** $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

::ODMA\PCDOCS\WORDPERFECT\35980\1 January 2, 2002 (3:00pm)

<u>Swarberg, et al., vs. Menu Foods Holdings, Inc., et al.</u>
Case No. 07cv0706 JAH (CAB)

ATTACHMENT A to Pro Hac Vice Application

Date of Admission and name of court admitted to:

| | |
|---|---|
| 11/1981 | U.S. District Court, Northern District of Illinois |
| 11/1981 | U.S. Court of Appeals for the 7th Circuit |
| 4/1988 | U.S. District Court, Eastern District of Wisconsin |
| 11/1999 | U.S. Court of Appeals for the 4th Circuit |
| 8/2003 | U.S. District Court, Central District of Illinois |
| 12/2003 | U.S. District Court, Northern District of Indiana |
| 1/2004 | U.S. District Court, Southern District of Indiana |
| 8/2004 | U.S. Supreme Court of the United States |
| 10/2006 | U.S. District Court for the District of Colorado |

805267.1