1  Don Howarth, State Bar No. 53783
   Suzelle M. Smith, State Bar No. 113992
2  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
3  Los Angeles, California 90014
   Telephone: (213) 955-9400
4  Facsimile:  (213) 622-0791
   Email:  dhowarth@howarth-smith.com
5
   Attorneys for Defendant
6  THE IAMS COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DIANE SWARBERG, individually and on behalf of all others similarly situated, | ) **CASE NO. 07cv0706 JAH(CAB)** |
| 12 | ) |
| 13              Plaintiff, | ) Honorable John A. Houston |
| 14       vs. | ) **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| 15  MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive, | ) |
| 16 | ) |
| 17              Defendants. | ) |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

07:P1837001.doc                                   07cv0706 JAH(CAB)

Dockets.Justia.com

Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant The Iams Company ("Defendant") and Plaintiff Diane Swarberg ("Plaintiff"), hereby jointly move for an order extending the time for Defendant to file its response to Plaintiff's Complaint. The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from May 29, 2007 to June 11, 2007.

Good cause exists for granting an extension. Defendant filed a previous joint motion to extend its time to respond until May 29, which the Court granted. At the time, Defendant had not made an appearance in the case and did not have notice that Menu Foods Holding, Inc. had filed a motion to stay all proceedings. Since the Court's ruling on the motion to stay will govern all parties and proceedings in the case, Defendant seeks a further extension of time to file its responsive pleading to a date after the May 31 hearing. Menu Foods' responsive pleading is due on June 11, and the parties hereto ask that Defendant The Iams Company's responsive pleading be due on that same date.

Dated: May 23, 2007                     HOWARTH & SMITH

                                        s/Don Howarth
                                        Don Howarth
                                        Attorneys for Defendant
                                        The Iams Company


Dated: May___, 2007                     BERDING & WEIL


                                        Steven R. Weinmann
                                        Attorneys for Plaintiff
                                        Diane Swarberg

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2  Court, Southern District of California, Defendant The Iams Company ("Defendant") and
3  Plaintiff Diane Swarberg ("Plaintiff"), hereby jointly move for an order extending the time
4  for Defendant to file its response to Plaintiff's Complaint. The parties jointly request that
5  the deadline for filing Defendant's First Responsive pleading be extended from May 29,
6  2007 to June 11, 2007.
7  Good cause exists for granting an extension. Defendant filed a previous joint motion
8  to extend its time to respond until May 29, which the Court granted. At the time, Defendant
9  had not made an appearance in the case and did not have notice that Menu Foods Holding,
10 Inc. had filed a motion to stay all proceedings. Since the Court's ruling on the motion to
11 stay will govern all parties and proceedings in the case, Defendant seeks a further extension
12 of time to file its responsive pleading to a date after the May 31 hearing. Menu Foods'
13 responsive pleading is due on June 11, and the parties hereto ask that Defendant The Iams
14 Company's responsive pleading be due on that same date.

15 Dated: May ___, 2007         HOWARTH & SMITH

17                              _____
                                Don Howarth
18                              Attorneys for Defendant
                                The Iams Company

20 Dated: May 23, 2007          BERDING & WEIL

22                              _____
                                Steven R. Weinmann
23                              Attorneys for Plaintiff
                                Diane Swarberg

# CERTIFICATE OF SERVICE

I certify that on May 23, 2007, I caused the following document:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack** at hack@higgslaw.com

**Michael P. Turiello** at mturiello@pretzel-stouffer.com

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Jeffrey B. Cereghino, Esq.
Steven R. Weinmann, Esq.
BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507

Nicole Dorsky, Esq.
Jeremy gilman, Esq.
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Square #2300
Cleveland, Ohio 44114-2378

Priya Jesani, Esq.
Edward B. Ruff, III, Esq.
PRETZEL & STOUFFER Chartered
One Wacker Drive
Suite 2500
Chicago, Illinois 60606

Dennis E. Murray, Sr., Esq.
John T. Murray, Jr., Esq.
Leslie O. Murray, Esq.
MURRARY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870

Dated: May 23, 2007                   s/Don Howarth
                                      Don Howarth