UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DIANE SWARBERG, individually and on )
behlaf of all others similarly situated, )
   Plaintiff )
              ) Case No. 07cv0706 JAH(CAB)
vs. )
              ) PRO HAC VICE APPLICATION
MENU FOOD HOLDING, INC., THE )
IAMS COMPANY, and DOES 1-100, ) THE IAMS COMPANY
   Defendant ) Party Represented
              )

FILED 2007 MAY 23 AM 9:59 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

I, D. JEFFREY IRELAND (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My home address: 430 East Schantz Avenue
City, State, ZIP: Dayton, Ohio 45409
Phone number: (937) 299-6618

My firm name: Frauki, Ireland & Cox L.L.P.
Street address: 500 Courthouse Plaza, S.W., 10 North Ludlow Street
City, State, ZIP: Dayton, Ohio 45402
Phone number: (937) 227-3700

That on November 7, 1980 I was admitted to practice before Supreme Court of Ohio;
(Name of Court)

and am currently in good standing and eligible to practice in said court: See attached.

That I am not currently suspended or disbarred in any other court:

That I [ ](have) [X](have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case number _____ Date of application _____

Application   granted    denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Don Howarth, HOWARTH & SMITH     (213) 955-9400
(Name)                (Telephone)
523 West Sixth Street, Suite 728   Los Angeles, California   90014
(Street)             (City)          (Zip code)

Signature of Applicant

K:\COMMON\Atty_Certificates\Pro Hac Vice Application07.wpd April 17, 2007 (12:43pm)

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

**RECEIVED**
MAY 1 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY BH $0   DEPUTY

Received $180.00 for Court Library fee

_____ Deputy Clerk

Date 5-23-07
It is so ordered,

John A. Houston
United States District Judge

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

K:\COMMON\Atty_Certificates\Pro Hac Vice Application07.wpd April 17, 2007 (12:43pm)

<u>D. Jeffrey Ireland</u>

United States District Court for the Southern District of Ohio – December 9, 1980
United States Court of Appeals for the Sixth Circuit – December 9, 1980
United States Court of Appeals for the Seventh Circuit – June 26, 1992
United States Court of Appeals for the Ninth Circuit – March 1, 1996
United States Court of Appeals for the Eight Circuit – July 29, 1997
United States Supreme Court – March 28, 1988