UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY and DOES 1 through 100, inclusive,<br><br>                Defendants. | Civil No.07CV0706 JAH(CAB)<br><br>**ORDER VACATING HEARING DATE** |

Pursuant to Local Rule 7.1(d.1), this Court finds defendant Menu Foods Holding, Inc.'s motion to stay proceedings [doc. # 6] suitable for disposition without oral argument. Accordingly, IT IS HEREBY ORDERED that the date of May 31, 2007 set for hearing oral argument on defendant's motion to stay is VACATED.

Dated:   May 23, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge

07cv0706