1  Don Howarth (State Bar No. 53783)
   Suzelle M. Smith (State Bar No. 113992)
2  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
3  Los Angeles, California 90014
   Telephone: (213) 955-9400
4  Facsimile: (213) 622-0791
   Email: dhowarth@howarth-smith.com
5
   Attorneys for Defendant
6  THE IAMS COMPANY

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 DIANE SWARBERG, individually and on )   CASE NO. 07cv0706 JAH(CAB)
   behalf of all others similarly situated,  )
12                                           )   Honorable John A. Houston
                         Plaintiff,          )
13                                           )   ORDER
           vs.                               )
14                                           )
   MENU FOODS, HOLDING, INC., THE            )
15 IAMS COMPANY, and DOES 1 through          )
   100, Inclusive,                           )
16                                           )
                         Defendants.         )
17                                           )
                                             )
18                                           )
                                             )
19                                           )
                                             )
20 _____)

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

---

07:P1839001.wpd                              07cv0706 JAH(CAB)

Dockets.Justia.com

1      Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District
2 Court, Southern District of California, the Court hereby finds good cause to extend the
3 time for Defendant The Iams Company to file its response to Plaintiff's complaint.
4      It is hereby ORDERED that the parties' Joint Motion For Extension Of Time To
5 File Responsive Pleading is granted.  Defendant The Iams Company's First Responsive
6 pleading is due on or before June 11, 2007.

8 Dated:    May 23, 2007

9                                    Hon. John A. Houston
                                     United States District Judge