```
 1  Don Howarth, State Bar No. 53783
    Suzelle M. Smith, State Bar No. 113992
 2  Jennifer C. Davis, State Bar No. 218306
    HOWARTH & SMITH
 3  523 West Sixth Street, Suite 728
    Los Angeles, California 90014
 4  Telephone: (213) 955-9400
    Facsimile:  (213) 622-0791
 5  Email: dhowarth@howarth-smith.com

 6  Attorneys for Defendant
    THE IAMS COMPANY
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO. 07cv0706 JAH(CAB)**<br><br>Honorable John A. Houston<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant The Iams Company ("Defendant") and Plaintiff Diane Swarberg ("Plaintiff"), hereby jointly move for an order extending the time for Defendant to file its response to Plaintiff's Complaint. The parties have filed previous joint motions to extend Defendant's time to respond, first until May 29 and again until June 11, which the Court granted. The parties hereby jointly request that the deadline for filing Defendant's First Responsive pleading now be extended from June 11, 2007 to July 31, 2007.

Good cause exists for granting an extension. There is a Motion to Stay All Proceedings, filed by Menu Foods Holding, Inc., currently pending before the Court. The hearing on the Motion to Stay was set for May 31, 2007 at 3:00pm. The hearing was vacated by order of the Court and the Motion was taken under submission without oral argument. Since the Court's ruling on the Motion to Stay would govern all parties and proceedings in the case, Defendant seeks a further extension of time to file its responsive pleading until a date after the Court rules on the Motion to Stay. In addition, there was a May 31, 2007 hearing before the Judicial Panel on Multidistrict Litigation ("MDL Judicial Panel") on several pending Motions for Transfer and Coordination or Consolidation of Related Actions, which if granted would consolidate and transfer this case to another forum. The opportunity to avoid potentially duplicative and unnecessary hearings and efficiently decide this and other cases against the named defendants justifies awaiting the decision from the MDL Judicial Panel before proceeding further in this litigation. The Judicial Panel is expected to issue a decision in July 2007.

///
///
///
///
///
///

1  For the foregoing reasons, the parties hereto ask for an extension of time for
2  Defendant The Iams Company to file its first responsive pleading so that it would be due on
3  or before July 31, 2007.
4
5  Dated: June 8, 2007                    HOWARTH & SMITH
6
7                                          s/Don Howarth
                                            Don Howarth
                                            Attorneys for Defendant
8                                           The Iams Company
9
10 Dated: June ___, 2007                   BERDING & WEIL
11
12                                          Jeffrey B. Cereghino, Esq.
                                            Attorneys for Plaintiff
                                            Diane Swarberg
13
14
...
28

1     For the foregoing reasons, the parties hereto ask for an extension of time for Defendant The Iams Company to file its first responsive pleading so that it would be due on or before July 31, 2007.

Dated: June ___, 2007            HOWARTH & SMITH

                                       _____
                                       Don Howarth
                                       Attorneys for Defendant
                                       The Iams Company

Dated: June 7, 2007             BERDING & WEIL

                                       _____
                                       Jeffrey B. Cereghino, Esq.
                                       Attorneys for Plaintiff
                                       Diane Swarberg

## CERTIFICATE OF SERVICE

I certify that on June 8, 2007, I caused the following document:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan Moriarty Hack at hack@higgslaw.com**

**Michael P. Turiello at mturiello@pretzel-stouffer.com**

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Jeffrey B. Cereghino, Esq.
Steven R. Weinmann, Esq.
BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507

Nicole Dorsky, Esq.
Jeremy Gilman, Esq.
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Square #2300
Cleveland, Ohio 44114-2378

Priya Jesani, Esq.
Edward B. Ruff, III, Esq.
PRETZEL & STOUFFER Chartered
One Wacker Drive
Suite 2500
Chicago, Illinois 60606

Dennis E. Murray, Sr., Esq.
John T. Murray, Jr., Esq.
Leslie O. Murray, Esq.
MURRARY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870

Dated: June 8, 2007                    s/Don Howarth
                                       Don Howarth