SUSAN M. HACK, ESQ. (Bar No. 145347)
STEPHEN T. PELLETIER, ESQ. (Bar No. 231236)
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS HOLDING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS HOLDING, INC., THE IAMS COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 07cv0706 JAH(CAB) <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** <br><br> Honorable John A. Houston <br> Courtroom: 11 |

Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, Defendant MENU FOODS HOLDINGS, INC., hereinafter referred to as "MENU FOODS" and Plaintiff DIANE SWARBERG ("Plaintiff"), hereby jointly move for an order extending the time for Defendant MENU FOODS to file its response to Plaintiff's Complaint. The parties jointly request that the deadline for filing Defendant's First Responsive pleading be extended from June 11, 2007 to 10 days after the Court rules on Menu Foods' Motion to Stay.

///

///

///

810417.1

1    Good cause exists for granting an extension. Defendant has just retained counsel, Higgs,
2  Fletcher & Mack LLP, and counsel needs time to review the facts and allegations in order to
3  prepare a proper response. The case was only recently removed from State to Federal Court on
4  April 18, 2007, by Defendant MENU FOODS, and is a class action involving multiple parties.

6  IT IS SO STIPULATED.

7                                                HIGGS, FLETCHER & MACK LLP
   DATED: June 11, 2007
8

9                                                By:s/Susan M. Hack
10                                                   SUSAN M. HACK, ESQ.
                                                     STEPHEN T. PELLETIER, ESQ.
11                                                   Attorneys for Defendant
                                                     MENU FOODS
12

13                                                BERDING & WEIL, LLP
   DATED:  June 11, 2007
14

15                                                By:s/Jeffrey B. Cereghino
16                                                   JEFFREY B. CEREGHINO, ESQ.
                                                     Attorneys for Plaintiff
17                                                   DIANE SWARBERG

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _____

_____
The Honorable John A. Houston
DISTRICT COURT JUDGE

IGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

810417.1                          3

07 CV 0706 JAH(CAB))

1  SUSAN M. HACK, ESQ. (Bar No. 145347)
   HIGGS, FLETCHER & MACK LLP
2  401 West "A" Street, Suite 2600
   San Diego, CA 92101-7913
3  TEL: 619.236.1551
   FAX: 619.696.1410
4
   Attorneys for Defendant
5  MENU FOODS HOLDING, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individuall and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENO FOODS HOLDING, INC., THE JAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. **07cv0706 JAH (CAB)**<br><br>**PROOF OF SERVICE BY MAIL/ELECTRONIC NOTICE**<br><br>**TRIAL DATE:  No Date Set** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On June 11, 2007, I served the within documents:

JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

☒ **(BY ELECTRONIC FILING)**: I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

**SEE NEXT PAGE**

| | |
|---|---|
| **SERVED VIA U.S. MAIL:** | **ELECTRONICALLY REGISTERED:** |
| Jeffrey B. Cereghino, Esq.<br>Steven R. Weinmann, Esq.<br>BERDING & WEIL LLP<br>3240 Stone Valley Road West<br>Alamo, CA 94507 | Don Howarth, Esq.<br>Howarth and Smith<br>523 West Sixth Street<br>Suite 728<br>Los Angeles, CA 90014<br>(213)955-9400<br>Email: dhowarth@howarth-smith.com |
| **Nicole Dorsky**<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square #2300<br>Cleveland, OH 44114-2378 | D. Jeffrey Ireland<br>djireland@ficlaw.com |
| **Jeremy Gilman**<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square #2300<br>Cleveland, OH 44114-2378 | Michael P. Turiello<br>mturiello@pretzer-stouffer.com |
| **Priya Jesani**<br>Pretzel and Stouffer Chartered<br>One Wacker Drive<br>Suite 2500<br>Chicago, IL 60606 | Brian D. Wright<br>bwright@ficlaw.com |
| **Dennis E. Murray, Sr**<br>Murray & Murray Co., L.P.A.<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870 | |
| **John T. Murray, Jr**<br>Murray & Murray Co., L.P.A.<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870 | |
| **Leslie O. Murray**<br>Murray & Murray Co., L.P.A.<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870 | |
| **Edward B Ruff, III**<br>Pretzel and Stouffer Chartered<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2007, at San Diego, California.

*Diana Zottolo*
DIANA ZOTTOLO