|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DIANE SWARBERG, individually and on behalf of all others similarly situated, | ) | Civil No.07CV0706 JAH(CAB) |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING WITHOUT PREJUDICE AS MOOT** |
| v. | ) ) | |
| MENU FOODS HOLDING, INC., THE IAMS COMPANY and DOES 1 through 100, inclusive, | ) ) ) | [DOC. # 29] |
| Defendants. | ) ) | |

Plaintiffs and defendant The Iams Company have filed a joint motion for an extension of time for defendant to file a responsive pleading in this case. However, prior to this Court's ruling on that motion, this Court granted defendant Menu Foods Holding, Inc. motion for a stay of all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on transfer. *See* Doc. # 30. This Court, therefore, finds the joint motion for extension of time moot.

Accordingly, IT IS HEREBY ORDERED that the joint motion for extension of time for defendant The Proctor & Gamble Company to file a responsive pleading [doc. # 29] is **DENIED WITHOUT PREJUDICE as moot.**

Dated: June 8, 2007

HON. JOHN A. HOUSTON
United States District Judge

07cv0706

Dockets.Justia.com