UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MENU FOODS HOLDING, INC., THE IAMS COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants. | Civil No.07CV0706 JAH(CAB)<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING WITHOUT PREJUDICE AS MOOT**<br>[DOC. # 31] |

Plaintiff and defendant Menu Foods Holdings, Inc. have filed a joint motion for an extension of time for defendant to file a responsive pleading in this case. However, just prior to the filing of the joint motion, this Court granted defendant Menu Foods Holding, Inc.'s motion for a stay of all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on transfer. *See* Doc. # 30. This Court, therefore, finds the joint motion for extension of time moot.

Accordingly, IT IS HEREBY ORDERED that the joint motion for extension of time for defendant Menu Foods Holding, Inc. to file a responsive pleading [doc. # 31] is **DENIED WITHOUT PREJUDICE as moot.**

Dated: June 22, 2007

HON. JOHN A. HOUSTON
United States District Judge

07cv0706