1  SUSAN M. HACK, ESQ. (Bar No. 145347)
   STEPHEN T. PELLETIER, ESQ. (Bar No. 231236)
2  HIGGS, FLETCHER & MACK LLP
   401 West A Street, Suite 2600
3  San Diego, CA 92101-7913
   TEL:  619.236.1551
4  FAX:  619.696.1410

5  Attorneys for Defendant
   MENU FOODS HOLDING, INC.

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  DIANE SWARBERG, individually and on        CASE NO. 07cv0706 JAH(CAB)
    behalf of all others similarly situated,
12                                             NOTICE OF MULTIDISTRICT
                            Plaintiffs,        CONSOLIDATION PURSUANT TO
13                                             28 U.S.C. § 1407 AND REQUEST TO
    v.                                         MAINTAIN STAY
14
    MENU FOODS HOLDING, INC.,                  CTROOM:     11
15  THE IAMS COMPANY, and                      JUDGE:      Hon. John A. Houston
    DOES 1 through 100, inclusive,             TRIAL DATE: Not Set
16
                            Defendants.
17

18

19        On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued the

20  attached Transfer Order (Exhibit A hereto), creating a new multidistrict proceeding entitled *In re*

21  *Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L.

22  Hillman of the District of New Jersey.

23        As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on

24  Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case (see

25  attached Notice of Related Action [Exhibit B hereto] submitted to the JPML, dated May 31,

26  2007).

27  ///

28  ///

HIGGS, FLETCHER    813475.1
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1    In light of the likely imminent transfer of this case, MENU FOODS HOLDING, INC.

2    requests that the current stay of proceedings remain in place pending transfer to the MDL, in

3    order to serve the interests of judicial economy.  Counsel for plaintiff consents to this transfer.

4                                                    HIGGS, FLETCHER & MACK LLP
     DATED: July 2, 2007
5

6                                                    By:/s/Susan M. Hack

7                                                    SUSAN M. HACK, ESQ.
                                                     Attorneys for Defendant
8                                                    MENU FOODS HOLDING, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

813475.1                                          2

                                                                    07 CV 0706 JAH(CAB))

**EXHIBIT A**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 9 2007

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1850*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PET FOOD PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation presently consists of thirteen actions listed on the attached Schedule A and pending in eight districts as follows: five actions in the Western District of Washington; two actions in the Western District of Arkansas; and one action each in the Central District of California, the District of Connecticut, the Southern District of Florida, the Northern District of Illinois, the District of New Jersey, and the Eastern District of Tennessee. Before the Panel are three motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all of these actions.[1] All responding parties agree that centralization is appropriate, but differ regarding the most appropriate transferee district for this litigation. In favor of the District of New Jersey as transferee district are moving Central District of California and Southern District of Florida plaintiffs in the District of Connecticut, the District of New Jersey, and three of the Western District of Washington actions before the Panel, as well as plaintiffs in fourteen potentially related actions. Plaintiffs in two of the five Western District of Washington actions move for centralization in the Western District of Washington; plaintiffs in the Eastern District of Tennessee action support centralization there; and plaintiffs in the other three Western District of Washington actions alternatively support centralization there. In favor of the Western District of Arkansas as transferee district are plaintiffs in the two Western District of Arkansas actions and the Northern District of Illinois action, and plaintiffs in six potentially related actions. Plaintiffs in two potentially related District of New Jersey actions alternatively support centralization in the Western District of Arkansas. Supporting the Northern District of Illinois as transferee district are all responding defendants, including Menu Foods, Inc., and its related entities, and plaintiffs in one potentially related action. In favor of the Central District of California as transferee district are plaintiffs in nine potentially related actions. Finally, plaintiff in a potentially related Northern District of Ohio action suggests centralization in the Northern District of Ohio.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this

---

* Judge Miller did not participate in the decision of this matter.

[1] The Panel has been notified of 97 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

litigation involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions stem from the recall of pet food products allegedly tainted by melamine found in wheat gluten imported from China and used in these products. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

Although several districts could be described as an appropriate transferee forum for this nationwide litigation, we are persuaded to select the District of New Jersey. Pretrial proceedings are advancing well there and about one-third of all pending actions are already in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Noel L. Hillman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

MDL-1850 -- In re Pet Food Products Liability Litigation

### Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

### Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

### District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

### Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

### Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

### District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

### Eastern District of Tennessee

*Lizajean Holt, et al. v. Menu Foods, Inc.*, C.A. No. 3:07-94

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457

**EXHIBIT B**

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

)
)
IN RE PET FOOD )
PRODUCTS LIABILITY LITIGATION )     MDL Docket No. ___1850___
)
)
)

### NOTICE OF POTENTIAL TAG ALONG ACTIONS

NOW COME the Defendants collectively referred to as "Menu Foods," by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby submits the following list of potential tag along actions:

1.     A.     *Gary Bruski, Individually and on behalf of all Other Similarly Situated v. Menu Foods, Inc., a Canadian Corporation; Nutro Products, Inc., a California Corpoaration; and Petsmart, Inc., an Arizona Corporation*

         B.     United States District Court for the Northern District of Illinois (Chicago)

         C.     1:07-CV-02183

         D.     Judge Wayne Andersen

2.     A.     *Diane Swarberg, individually and on behalf of all others similarly situated v. Menu Foods Holding Inc., The Iams company and Does 1 through 100, inclusive*

         B.     United States District Court for the Southern District of California (San Diego)

         C.     3:07-CV-00706

         D.     Judge John A. Houston

**OFFICIAL FILE COPY**

IMAGED JUN 5 2007

2007 MAY 31 A 10:50
RECEIVED
CLERK'S OFFICE

PLEADING NO. 51

3.   A.   *Jayne Englander, an individual and Mitch Englander, an individual, on behalf of themselves, the general public, all others similarly situated, and as owners and guardians of Sparky and Bailey*

     B.   United States District Court for the Central District of California - WesternDivision (Los Angeles)

     C.   2:07-CV-02964

     D.   Judge Christina A. Snyder

4.   A.   *Sandra L. Gray, Individually and All Other Persons Similarly Situated; Nick Jackson, As Husband and All Other Person Similarly Situated and Deena Jackson, As Wife and All Other Persons Similarly Situated v. Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Walmart Stores, Inc. And Xuzhou Anying Biologic Technology Development Co., Ltd.*

     B.   United States District Court for the Western District of Arkansas (Fayetteville)

     C.   5:07-CV-05065

     D.   Judge Robert T. Dawson

5.   A.   *Ken Wahl, Shane Barbi, Sia Barbi, Jennifer Hart, Sheila R. Washington, Maria Mitchell, individually and on behalf of all individuals similarly situated v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods Inc., Menu Foods Holdings Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products Inc., Petco Animal Supplies Stores Inc., Petco Animal Supplies Inc., Petco Southwest Inc., Petsmart Inc., and The IAMS Company*

     B.   United States District Court for the Central District of California - Western Division (Los Angeles)

     C.   2:07-CV-02779

     D.   Judge George H. King

2

6.   A.   *Robert Payne and Steve Bartilucci v. Menu Foods, Inc., a New Jersey Corporation; Petco Animal Supplies, Inc., a Delaware Corporation; Safeway, Inc., a Delaware Corporation, The Proctor & Gamble Company, an Ohio Corporation; and DOES 1 through 50*

     B.   United States District Court for the Southern District of California (San Diego)

     C.   3:07-CV-00705

     D.   Judge John A. Houston

7.   A.   *Judy McGuriman, individually and on behalf of all others similarly situated v. Menu Foods Limited, a Canadian business entity trading as Menu Foods; Menu Foods, Inc., a New Jersey corporation trading as Menu Foods*

     B.   United States District Court for the District of New Jersey (Camden)

     C.   1:07-CV-02205

     D.   Judge Noel L. Hillman

8.   A.   *Olivia Guercioni, Individually, and on behalf of others that are similarly situated v. Menu Foods Limited, doing business as Menu Foods; Menu Foods Inc.; Menu Foods Midwest Corporation; JOHN DOES 1-10; and ABC CORPS 1-15*

     B.   United States District Court for the District of New Jersey (Camden)

     C.   1:07-CV-02202

     D.   Judge Noel L. Hillman

9.   A.   *Kelly Finestone, on behalf of herself, similarly situated consumers, and the general public v. Menu Foods, Inc., a Canadian Corporation; The IAMS Company, an Ohio Corporation; Petco Animal Supplies Inc., a Delaware Corporation; DOES 1 through 500 inclusive; and Chemnutra Inc., sued and served herein as DOE No. 3*

     B.   United States District Court for the Central District of California - Western Division (Los Angeles)

3

C. 2:07-CV-02338

D. Judge Christina A. Synder

10. A. *Loren Byers and Camilla Brankov, individually and on behalf of all others similarly situated v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Midwest Corp., a Delaware Corporation; Menu Foods Limited, a Menu Foods Operating Limited Partnership; Menu Foods South Dakota Corp., and DOES 1-50*

Case 3:07-cv-00706-JAH-CAB Document 34 Filed 07/02/2007 Page 11 of 4

B. United States District Court for the District of New Jersey (Camden)

C. 1:07-CV-01747

D. Judge Noel L. Hillman

11. A. *Heather Amro, on behalf of herself and all others similarly situated v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Holdings, Inc.; Menu Foods Midwest Corporation, a Delaware Corporation; Chemnutra, Inc., a Delaware Corporation; Chemnutra LLC; The Proctor & Gamble Company, an Ohio Corporation; and The IAMS Company*

B. United States District Court for the Northern District of Illinois (Chicago)

C. 1:07-CV-02162

D. Judge Wayne Andersen

12. A. *George Birney and Audrey Birney v. Menu Foods, Inc.*

B. United States District Court for the Middle District of Florida (Orlando)

C. 6:07-CV-00803

D. Judge Anne C. Conway

13. A. *Hayley Ford, individually, for class members, and on behalf of other members of the public similarly situated and Shannon J. Kramer, individually, for class members, and on behalf of other members of the public similarly situated v. Menu*

4

Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products, Inc., Wal-Mart Stores, Petco Animal Supplies, Inc., Petco Southwest, Inc., Petco Animal Supplies Stores, Inc., The IAMS Company, Fry's Food Centers, Smith's Food and Drug Centers, Inc., Kroger co., Chemnutra, Inc., and Petsmart

B.  United States District Court for the Southern District of California (San Diego)

C.  3:07-CV-00734

D.  Judge John A. Houston

14.  A.  *Laura Migliore v. Menu Foods, a foreign corporation*

B.  United States District Court for the Western District of Washington (Seattle)

C.  2:07-CV-00575

D.  Judge Robert S. Lasnik

15.  A.  *Gail Moran v. Menu Foods, a foreign corporation*

B.  United States District Court for the Western District of Washington (Seattle)

C.  2:07-CV-00576

D.  Judge John C. Coughenour

16.  A.  *Sheryl Puett v. Menu Foods, a foreign corporation*

B.  United States District Court for the Western District of Washington (Seattle)

C.  2:07-CV-00577

D.  Judge Robert s. Lanik

17.  A.  *Mark Cashman, Individually and on behalf of all others similarly situated and Ciro Aiello, Individually and on behalf of all others similarly situated v. Menu*

5

*Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings Inc., The Procter & Gamble Company, The Iams Company, Chemnutra Inc. and John Does No. 1 through 100*

B.  United States District Court for the Southern District of New York (Foley Square)

C.  1:07-CV-03236

D.  Judge Jed S. Rakoff

18.  A.  *Megan Connerton and Kimberly Mello v. Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings, Inc., The Iams Company, Nutro Products, Inc., Target Corporation, ChemNutra Inc. and Xuzhou Anying Biologic Technology Development Company Ltd.*

B.  United States District Court for the District of Massachusetts (Boston)

C.  1:07-CV-10797

D.  Judge Douglas P. Woodlock

19.  A.  *Sonja Foxe, on behalf of herself and all others similarly situated v. Menu Foods, Inc., Menu Foods Income Fund, Safeway Inc. And John Does 1 through 100*

B.  United States District Court for the Northern District of Illinois (Chicago)

C.  1:07-CV-02237

D.  Judge Wayne Andersen

20.  A.  *Wendy Krosschell, on behalf of herself and all others similarly situated v. Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, ChemNutra LLC and ChemNutra Inc.*

B.  United States District Court for the District of Minnesota

C.  0:07-CV-02108

D.  Judge Ann D. Montgomery

6

21. A. *Daniel Ray Reeves, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Seattle)

    C. 2:07-CV-00634

    D. Judge John C. Coughenour

22. A. *Nancy Guthire, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Tacoma)

    C. 3:07-CV-05205

    D. Judge Robert J. Bryan

23. A. *Jeff Rusiecki, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Tacoma)

    C. 3:07-CV-05204

    D. Judge Robert J. Bryan

24. A. *Penny J. Roberts and Donald Gilbert Iverson v. Menu Foods Income Fund; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Menu Foods Midwest Corporation; Chemnutra Inc.; and Chemnutra LLC*

    B. United States District Court for the Western District of Wisconsin (Madison)

    C. 07-CV-0248

    D. Judge Barbara B. Crabb

25. A. *Sheree A. Robinson, individually and on behalf of all others similarly situated v.*

7

*Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00666

    D.    Judge Robert S. Lasnik

26.    A.    *Phyllis A. Ullman, individually and on behalf of all others similarly situated v.*
    *Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00667

    D.    Judge Marsha J. Pechman

27.    A.    *Megan Whitt, individually and on behalf of all others similarly situated v. Menu*
    *Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00670

    D.    Judge Ricardo S. Martinez

28.    A.    *Elizabeth Palmer, individually and on behalf of all others similarly situated v.*
    *Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00668

    D.    Judge James L. Robart

29.    A.    *Jason Labbate, individually and on behalf of all others similarly situated v. Menu*
    *Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

8

C.    2:07-CV-00669

D.    Judge Monica J. Benton

30.   A.    *Margaret Picus v. Wal-Mart Stores, Inc.; Menu Foods Inc.; Del Monte Foods Company; Sunshine Mills, Inc.; and ChenNutra Inc.*

      B.    United States District Court for the District of Nevada (Las Vegas)

      C.    2:07-CV-00686

      D.    Judge Roger L. Hunt

31.   A.    *Lerae Dineen, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.    United States District Court for the Western District of Washington (Seattle)

      C.    2:07-CV-00686

      D.    Judge Marsha J. Pechman

32.   A.    *Deborah A. Mullen, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.    United States District Court for the Western District of Washington (Seattle)

      C.    2:07-CV-00689

      D.    Judge James L. Robart

33.   A.    *Helen Percy, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.    United States District Court for the Western District of Washington (Seattle)

      C.    2:07-CV-00690

      D.    Judge Robert S. Lasnik

9

34. A. *Sandra Shingle, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Seattle)

    C. 2:07-CV-00687

    D. Judge Marsha J. Pechman

35. A. *GaryThomas, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Seattle)

    C. 2:07-CV-00688

    D. Judge Thomas S. Zilly

36. A. *Linda Weitz, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Seattle)

    C. 2:07-CV-00684

    D. Judge Ricardo S. Martinez

37. A. *Richard Schwinger, Individually and all other Persons Similarly Situated* v. *Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corp; Menu Foods South Dakota; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Wal-Mart Stores Inc.; and Del Monte Foods, Inc.*

    B. United States District Court for the Western District of Missouri (Joplin)

    C. 3:07-CV-05041

    D. Judge Sarah W. Hays

10

38.　A.　*Tony Boyer, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

　　B.　United States District Court for the Western District of Washington (Seattle)

　　C.　2:07-CV-00746

　　D.　Judge Robert S. Lasnik

39.　A.　*Norman Brenton, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

　　B.　United States District Court for the Western District of Washington (Seattle)

　　C.　2:07-CV-00747

　　D.　Judge John C. Coughenour

40.　A.　*Teresa Eilers, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

　　B.　United States District Court for the Western District of Washington (Seattle)

　　C.　2:07-CV-00749

　　D.　Judge Thomas S. Zilly

41.　A.　*Paula Monk, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

　　B.　United States District Court for the Western District of Washington (Seattle)

　　C.　2:07-CV-00745

　　D.　Judge John C. Coughenour

42.　A.　*Lynda Nagel, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

11

B.  United States District Court for the Western District of Washington (Seattle)

C.  2:07-CV-00748

D.  Judge James L. Robart

43.  A.  *Sarah Cavin, individually and all other Persons Similarly Situated v. Menu Foods Income Fund; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corp.; Menu Foods South Dakota; Menu Foods Holdings, Inc.; Menu Foods, Inc.; and Wal-Mart Stores, Inc.*

B.  United States District Court for the Southern District of Mississippi (Western)

C.  5:07-CV-00105

D.  Judge David C. Bramlette, III

44.  A.  *Dixie Keller, on behalf of herself and all others similarly situated v. Menu Foods Limited; Menu Foods Inc.; Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; Menu Foods Holdings, Inc. And Does 1-100*

B.  United States District Court for the Middle District of Pennsylvania (Harrisburg)

C.  1:07-CV-00929

D.  Judge Sylvia H. Rambo

45.  A.  *Diane Lowery, individually and on behalf of a class of similarly situated persons v. Menu Foods Income Fund; Menu Foods Limited Partnership; Menu Foods Midwest Corp.; Menu Foods South Dakota; Menu Foods, Inc.; and Menu Foods Holdings, Inc.*

B.  United States District Court for the Northern District of California (San Francisco)

C.  3:07-CV-02665

D.  Judge Elizabeth D. Laporte

46. A. *John Colliard, as an individual consumer, and on behalf of all others similarly situated v. Menu Foods, Inc., a New Jersey corporation and Chemnutra, Inc., a Delaware corporation*

   B. United States District Court for the Southern District of California (San Diego)

   C. 3:07-CV-00951

   D. Judge Irma E. Gonzalez

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 1 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE PET FOOD | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL Docket No. __1850__ |
| | ) | |
| | ) | |
| | ) | |

### CERTIFICATION OF SERVICE

The undersigned certifies that Defendant's: Notice of Potential Tag-Along Actions was filed with

the Judicial Panel on Multidistrict Litigation this 31st Day of May, 2007. Notice of this filing was sent to the

parties as listed on the attached Judicial Panel on Multidistrict Litigation-Panel Attorney Service List by U.S.

Mail from One South Wacker Drive, Chicago, Illinois.

Edward B. Ruff (IL Bar No. 6180322)

Pretzel & Stouffer, Chartered

One South Wacker Drive - Suite 2500

Chicago, Illinois 60606

Telephone: (312) 346-1973

Fax: (312) 346-8242

Attorney for Menu Foods

JUDICIAL PANEL ON
2007 MAY 31 A 10: 50
RECEIVED
CLERK'S OFFICE

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | ⇒ Phone: (360) 392-3936<br>James, Don; Suggett, Michele |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | ⇒ Phone: (206) 398-1188 Fax: (206) 400-1112<br>Whaley, Tom |
| Newman, Bruce E.<br>Newman, Creed & Associates<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 66011 | ⇒ Phone: (860) 583-5200 Fax: (860) 582-0012<br>Osborne, Lauri A.; Sokolwski, Todd* |
| Rottinghaus, Daniel L.<br>Berding & Weil<br>3240 Stone Valley Road West<br>Alamo, CA 94507 | ⇒ Phone: (925) 838-2090 Fax: (925) 820-5592<br>Swarberg, Diane* |
| Ruff, III, Edward B.<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606-4673 | ⇒ Phone: (312) 346-1973 Fax: (312) 346-8242<br>Menu Foods*; Menu Foods Gen Par Ltd.*; Menu Foods Holding, Inc *; Menu Foods Income Fund*;<br>Menu Foods Ltd.*; Menu Foods Ltd. Partnership*; Menu Foods Midwest Corp.*; Menu Foods<br>Operating Partnership*; Menu Foods South Dakota Inc.*; Menu Foods, Inc.* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 875-3071 Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | ⇒<br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | ⇒ Phone: (312) 346-2222 Fax: (312) 346-0022<br>Sexton, Shirley* |

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List        Page 1

Docket: 1850 - In re Pet Food Products Liability Litigation
Status:  Pending on  / /
Transferee District:          Judge:
                                                                  Printed on 05/24/2007

Case 3:07-cv-00706-JAH-CAB     Document 34     Filed 07/02/2007     Page 23 of 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | ⇒ Phone: (206) 623-7292  Fax: (206) 623-0594<br>Heller, Stacey*; Johnson, Suzanne H.*; Kiemann, Craig R.*; Kornelit :, Audrey*; Mitchell, Cecily*;<br>Mitchell, Terrence*; Rapp, David*; Robinson, Toinetta*; Smith, Bart :na* |
| Blim, John<br>Blim & Edelson, LLC<br>53 West Jackson Blvd.<br>Suite 1642<br>Chicago, IL 60604 | ⇒ Phone: (312) 913-9400  Fax: (312) 913-9401<br>Majerczyk, Dawn* |
| Craft, Perry A.<br>Craft & Sheppard, PLC<br>The Shiloh Building<br>214 Centerview Drive<br>Suite 223<br>Brentwood, TN 37027 | ⇒ Phone: (615) 309-1707  Fax: (615) 309-1717<br>Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra* |
| Davidson, Stuart A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | ⇒ Phone: (561) 750-3000  Fax: (561) 750-3364<br>Trolano, Christina* |
| Eukanuba,<br>One Procter & Gamble Plaza C-2<br>Cincinnati, OH 45202 | ⇒<br>Eukanuba |
| Hatfield, Jason Matthew<br>Lundy & Davis, LLP<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | ⇒ Phone: (479) 527-3921  Fax: (479) 587-9196  Email: jhatfield@lund rdavis.com<br>Sims, Charles Ray*; Sims, Pamela* |
| Hutchinson, Jeremy Y.<br>Patton, Roberts, McWilliams & Capshaw, LLP<br>Stephens Building<br>111 Center Street<br>Suite 1315<br>Little Rock, AR 72201 | ⇒ Phone: (501) 372-3480  Fax: (501) 372-3488<br>Widen, Barbara*; Widen, Richard Scott* |
| Ireland, D. Jeffry<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | ⇒ Phone: (937) 227-3710  Fax: (937) 227-3749  Email: djireland@ficla w.com<br>Iams Co.* |

Note: Please refer to the report title page for complete report scope and key.

**EXHIBIT B**

# MDL 1850

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 31 2007

FILED
CLERK'S OFFICE

```
                                    )
                                    )
                                    )
IN RE PET FOOD                      )
PRODUCTS LIABILITY LITIGATION )         MDL Docket No.   1850
                                    )
                                    )
```

## NOTICE OF POTENTIAL TAG ALONG ACTIONS

NOW COME the Defendants collectively referred to as "Menu Foods," by and through

their attorneys, PRETZEL & STOUFFER, CHARTERED, and pursuant to Rule 7.4 of the Rules

of Procedure of the Judicial Panel on Multidistrict Litigation, hereby submits the following list of

potential tag along actions:

1.    A.    *Gary Bruski, Individually and on behalf of all Other Similarly Situated v. Menu Foods, Inc., a Canadian Corporation; Nutro Products, Inc., a California Corpoaration; and Petsmart, Inc., an Arizona Corporation*

        B.    United States District Court for the Northern District of Illinois (Chicago)

        C.    1:07-CV-02183

        D.    Judge Wayne Andersen

2.    A.    *Diane Swarberg, individually and on behalf of all others similarly situated v. Menu Foods Holding Inc., The Iams company and Does 1 through 100, inclusive*

        B.    United States District Court for the Southern District of California (San Diego)

        C.    3:07-CV-00706

        D.    Judge John A. Houston

PLEADING NO. 51

OFFICIAL FILE COPY

RECEIVED
CLERK'S OFFICE
2007 MAY 31 A 10:50

IMAGED JUN 5 2007

3. A. *Jayne Englander, an individual and Mitch Englander, an individual, on behalf of themselves, the general public, all others similarly situated, and as owners and guardians of Sparky and Bailey*

   B. United States District Court for the Central District of California - WesternDivision (Los Angeles)

   C. 2:07-CV-02964

   D. Judge Christina A. Snyder

4. A. *Sandra L. Gray, Individually and All Other Persons Similarly Situated; Nick Jackson, As Husband and All Other Person Similarly Situated and Deena Jackson, As Wife and All Other Persons Similarly Situated v. Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Walmart Stores, Inc. And Xuzhou Anying Biologic Technology Development Co., Ltd.*

   B. United States District Court for the Western District of Arkansas (Fayetteville)

   C. 5:07-CV-05065

   D. Judge Robert T. Dawson

5. A. *Ken Wahl, Shane Barbi, Sia Barbi, Jennifer Hart, Sheila R. Washington, Maria Mitchell, individually and on behalf of all individuals similarly situated v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods Inc., Menu Foods Holdings Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products Inc., Petco Animal Supplies Stores Inc., Petco Animal Supplies Inc., Petco Southwest Inc., Petsmart Inc., and The IAMS Company*

   B. United States District Court for the Central District of California - Western Division (Los Angeles)

   C. 2:07-CV-02779

   D. Judge George H. King

2

6.  A.  *Robert Payne and Steve Bartilucci v. Menu Foods, Inc., a New Jersey Corporation; Petco Animal Supplies, Inc., a Delaware Corporation; Safeway, Inc., a Delaware Corporation, The Proctor & Gamble Company, an Ohio Corporation; and DOES 1 through 50*

    B.  United States District Court for the Southern District of California (San Diego)

    C.  3:07-CV-00705

    D.  Judge John A. Houston

7.  A.  *Judy McGuriman, individually and on behalf of all others similarly situated v. Menu Foods Limited, a Canadian business entity trading as Menu Foods; Menu Foods, Inc., a New Jersey corporation trading as Menu Foods*

    B.  United States District Court for the District of New Jersey (Camden)

    C.  1:07-CV-02205

    D.  Judge Noel L. Hillman

8.  A.  *Olivia Guercioni, Individually, and on behalf of others that are similarly situated v. Menu Foods Limited, doing business as Menu Foods; Menu Foods Inc.; Menu Foods Midwest Corporation; JOHN DOES 1-10; and ABC CORPS 1-15*

    B.  United States District Court for the District of New Jersey (Camden)

    C.  1:07-CV-02202

    D.  Judge Noel L. Hillman

9.  A.  *Kelly Finestone, on behalf of herself, similarly situated consumers, and the general public v. Menu Foods, Inc., a Canadian Corporation; The IAMS Company, an Ohio Corporation; Petco Animal Supplies Inc., a Delaware Corporation; DOES 1 through 500 inclusive; and Chemnutra Inc., sued and served herein as DOE No. 3*

    B.  United States District Court for the Central District of California - Western Division (Los Angeles)

3

C. 2:07-CV-02338

D. Judge Christina A. Synder

10. A. *Loren Byers and Camilla Brankov, individually and on behalf of all others similarly situated v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Midwest Corp., a Delaware Corporation; Menu Foods Limited; Menu Foods Operating Limited Partnership; Menu Foods South Dakota Corp., and DOES 1-50*

B. United States District Court for the District of New Jersey (Camden)

C. 1:07-CV-01747

D. Judge Noel L. Hillman

11. A. *Heather Amro, on behalf of herself and all others similarly situated v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Holdings, Inc.; Menu Foods Midwest Corporation, a Delaware Corporation; Chemnutra, Inc., a Delaware Corporation; Chemnutra LLC; The Proctor & Gamble Company, an Ohio Corporation; and The IAMS Company*

B. United States District Court for the Northern District of Illinois (Chicago)

C. 1:07-CV-02162

D. Judge Wayne Andersen

12. A. *George Birney and Audrey Birney v. Menu Foods, Inc.*

B. United States District Court for the Middle District of Florida (Orlando)

C. 6:07-CV-00803

D. Judge Anne C. Conway

13. A. *Hayley Ford, individually, for class members, and on behalf of other members of the public similarly situated and Shannon J. Kramer, individually, for class members, and on behalf of other members of the public similarly situated v. Menu*

4

Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products, Inc., Wal-Mart Stores, Petco Animal Supplies, Inc., Petco Southwest, Inc., Petco Animal Supplies Stores, Inc., The IAMS Company, Fry's Food Centers, Smith's Food and Drug Centers, Inc., Kroger co., Chemnutra, Inc., and Petsmart

B.    United States District Court for the Southern District of California (San Diego)

C.    3:07-CV-00734

D.    Judge John A. Houston

14.    A.    *Laura Migliore v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00575

D.    Judge Robert S. Lasnik

15.    A.    *Gail Moran v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00576

D.    Judge John C. Coughenour

16.    A.    *Sheryl Puett v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00577

D.    Judge Robert s. Lanik

17.    A.    *Mark Cashman, Individually and on behalf of all others similarly situated and Ciro Aiello, Individually and on behalf of all others similarly situated v. Menu*

5

*Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited,*
*Menu Foods Inc., Menu Foods Holdings Inc., The Procter & Gamble Company,*
*The Iams Company, Chemnutra Inc. and John Does No. 1 through 100*

B.      United States District Court for the Southern District of New York (Foley Square)

C.      1:07-CV-03236

D.      Judge Jed S. Rakoff

18.    A.      *Megan Connerton and Kimberly Mello v. Menu Foods Midwest Corporation,*
*Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods*
*Holdings, Inc., The Iams Company, Nutro Products, Inc., Target Corporation,*
*ChemNutra Inc. and Xuzhou Anying Biologic Technology Development Company*
*Ltd.*

B.      United States District Court for the District of Massachusetts (Boston)

C.      1:07-CV-10797

D.      Judge Douglas P. Woodlock

19.    A.      *Sonja Foxe, on behalf of herself and all others similarly situated v. Menu Foods,*
*Inc., Menu Foods Income Fund, Safeway Inc. And John Does 1 through 100*

B.      United States District Court for the Northern District of Illinois (Chicago)

C.      1:07-CV-02237

D.      Judge Wayne Andersen

20.    A.      *Wendy Krosschell, on behalf of herself and all others similarly situated v. Menu*
*Foods Income Fund, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods*
*Midwest Corporation, ChemNutra LLC and ChemNutra Inc.*

B.      United States District Court for the District of Minnesota

C.      0:07-CV-02108

D.      Judge Ann D. Montgomery

6

21. A. *Daniel Ray Reeves, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Seattle)

    C. 2:07-CV-00634

    D. Judge John C. Coughenour

22. A. *Nancy Guthire, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Tacoma)

    C. 3:07-CV-05205

    D. Judge Robert J. Bryan

23. A. *Jeff Rusiecki, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the Western District of Washington (Tacoma)

    C. 3:07-CV-05204

    D. Judge Robert J. Bryan

24. A. *Penny J. Roberts and Donald Gilbert Iverson v. Menu Foods Income Fund; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Menu Foods Midwest Corporation; Chemnutra Inc.; and Chemnutra LLC*

    B. United States District Court for the Western District of Wisconsin (Madison)

    C. 07-CV-0248

    D. Judge Barbara B. Crabb

25. A. *Sheree A. Robinson, individually and on behalf of all others similarly situated v.*

*Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00666

    D.    Judge Robert S. Lasnik

26.    A.    *Phyllis A. Ullman, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00667

    D.    Judge Marsha J. Pechman

27.    A.    *Megan Whitt, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00670

    D.    Judge Ricardo S. Martinez

28.    A.    *Elizabeth Palmer, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

    C.    2:07-CV-00668

    D.    Judge James L. Robart

29.    A.    *Jason Labbate, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B.    United States District Court for the Western District of Washington (Seattle)

8

C.    2:07-CV-00669

D.    Judge Monica J. Benton

30.  A.    *Margaret Picus v. Wal-Mart Stores, Inc.; Menu Foods Inc.; Del Monte Foods Company; Sunshine Mills, Inc.; and ChenNutra Inc.*

     B.    United States District Court for the District of Nevada (Las Vegas)

     C.    2:07-CV-00686

     D.    Judge Roger L. Hunt

31.  A.    *Lerae Dineen, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.    United States District Court for the Western District of Washington (Seattle)

     C.    2:07-CV-00686

     D.    Judge Marsha J. Pechman

32.  A.    *Deborah A. Mullen, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.    United States District Court for the Western District of Washington (Seattle)

     C.    2:07-CV-00689

     D.    Judge James L. Robart

33.  A.    *Helen Percy, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.    United States District Court for the Western District of Washington (Seattle)

     C.    2:07-CV-00690

     D.    Judge Robert S. Lasnik

9

34.   A.   *Sandra Shingle, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00687

      D.   Judge Marsha J. Pechman

35.   A.   *GaryThomas, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00688

      D.   Judge Thomas S. Zilly

36.   A.   *Linda Weitz, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00684

      D.   Judge Ricardo S. Martinez

37.   A.   *Richard Schwinger, Individually and all other Persons Similarly Situated* v. *Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corp; Menu Foods South Dakota; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Wal-Mart Stores Inc.; and Del Monte Foods, Inc.*

      B.   United States District Court for the Western District of Missouri (Joplin)

      C.   3:07-CV-05041

      D.   Judge Sarah W. Hays

38.   A.   *Tony Boyer, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00746

      D.   Judge Robert S. Lasnik

39.   A.   *Norman Brenton, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00747

      D.   Judge John C. Coughenour

40.   A.   *Teresa Eilers, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00749

      D.   Judge Thomas S. Zilly

41.   A.   *Paula Monk, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

      B.   United States District Court for the Western District of Washington (Seattle)

      C.   2:07-CV-00745

      D.   Judge John C. Coughenour

42.   A.   *Lynda Nagel, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

11

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00748

D.    Judge James L. Robart

43.    A.    *Sarah Cavin, individually and all other Persons Similarly Situated v. Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corp.; Menu Foods South Dakota; Menu Foods Holdings, Inc.; Menu Foods, Inc.; and Wal-Mart Stores, Inc.*

B.    United States District Court for the Southern District of Mississippi (Western)

C.    5:07-CV-00105

D.    Judge David C. Bramlette, III

44.    A.    *Dixie Keller, on behalf of herself and all others similarly situated v. Menu Foods Limited; Menu Foods Inc.; Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; Menu Foods Holdings, Inc. And Does 1-100*

B.    United States District Court for the Middle District of Pennsylvania (Harrisburg)

C.    1:07-CV-00929

D.    Judge Sylvia H. Rambo

45.    A.    *Diane Lowery, individually and on behalf of a class of similarly situated persons v. Menu Foods Income Fund; Menu Foods Limited Partnership; Menu Foods Midwest Corp.; Menu Foods South Dakota; Menu Foods, Inc.; and Menu Foods Holdings, Inc.*

B.    United States District Court for the Northern District of California (San Francisco)

C.    3:07-CV-02665

D.    Judge Elizabeth D. Laporte

12

46. A.   *John Colliard, as an individual consumer, and on behalf of all others similarly situated v. Menu Foods, Inc., a New Jersey corporation and Chemnutra, Inc., a Delaware corporation*

B.   United States District Court for the Southern District of California (San Diego)

C.   3:07 CV-00951

D.   Judge Irma E. Gonzalez

13

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 1 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

)
)
IN RE PET FOOD                          )
PRODUCTS LIABILITY LITIGATION           )        MDL Docket No. ___1850___
)
)
)

## CERTIFICATION OF SERVICE

The undersigned certifies that Defendant's: Notice of Potential Tag-Along Actions was filed with

the Judicial Panel on Multidistrict Litigation this 31st Day of May, 2007.  Notice of this filing was sent to the

parties as listed on the attached Judicial Panel on Multidistrict Litigation-Panel Attorney Service List by U.S.

Mail from One South Wacker Drive, Chicago, Illinois.

Edward B. Ruff (IL Bar No. 618/322)

Pretzel & Stouffer, Chartered

One South Wacker Drive - Suite 2500

Chicago, Illinois 60606

Telephone: (312) 346-1973

Fax: (312) 346-8242

Attorney for Menu Foods

*(Panel Attorney Service List for MDL 1,850 Continued)*                              Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | ⇒ Phone: (360) 392-3936<br>James, Don; Suggett, Michele |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | ⇒ Phone: (206) 398-1188 Fax: (206) 467-1122<br>Whaley, Tom |
| Newman, Bruce E.<br>Newman, Creed & Associates<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 06011 | ⇒ Phone: (860) 583-5200 Fax: (860) 582-0012<br>Osborne, Lauri A.; Sokolwski, Todd* |
| Rottinghaus, Daniel L.<br>Berding & Weil<br>3240 Stone Valley Road West<br>Alamo, CA 94507 | ⇒ Phone: (925) 838-2090 Fax: (925) 820-5592<br>Swarberg, Diane* |
| Ruff, III, Edward B.<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606-4673 | ⇒ Phone: (312) 346-1973 Fax: (312) 346-8242<br>Menu Foods*; Menu Foods Gen Par Ltd.*; Menu Foods Holding, Inc *; Menu Foods Income Fund*;<br>Menu Foods Ltd.*; Menu Foods Ltd. Partnership*; Menu Foods Midwest Corp.*; Menu Foods<br>Operating Partnership*; Menu Foods South Dakota Inc.*; Menu Food , Inc.* |
| Saveri, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 875-3071 Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | ⇒<br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | ⇒ Phone: (312) 346-2222 Fax: (312) 346-0022<br>Sexton, Shirley* |

Note: Please refer to the report title page for complete report scope and key.

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1850 - In re Pet Food Products Liability Litigation
Status: Pending on / /
Transferee District:            Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | ⇒ Phone: (206) 623-7292 Fax: (206) 623-0594<br>Heller, Stacey*; Johnson, Suzanne E.*; Klemann, Craig R.*; Kornelit , Audrey*; Mitchell, Cecily*;<br>Mitchell, Terrence*; Rapp, David*; Robinson, Toinette*; Smith, Burt ra* |
| Blim, John<br>Blim & Edelson, LLC<br>53 West Jackson Blvd.<br>Suite 1642<br>Chicago, IL 60604 | ⇒ Phone: (312) 913-9400 Fax: (312) 913-9401<br>Majerczyk, Dawn* |
| Craft, Perry A.<br>Craft & Sheppard, PLC<br>The Shiloh Building<br>214 Centerview Drive<br>Suite 223<br>Brentwood, TN 37027 | ⇒ Phone: (615) 309-1707 Fax: (615) 309-1717<br>Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra* |
| Davidson, Stuart A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | ⇒ Phone: (561) 750-3000 Fax: (561) 750-3364<br>Trojano, Christina* |
| Eukanuba,<br>One Procter & Gamble Plaza C-2<br>Cincinnati, OH 45202 | ⇒<br>Eukanuba |
| Hatfield, Jason Matthew<br>Lundy & Davis, LLP<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | ⇒ Phone: (479) 527-3921 Fax: (479) 587-9196 Email: Jhatfield@lund rdavis.com<br>Sims, Charles Ray*; Sims, Pamela* |
| Hutchinson, Jeremy Y.<br>Patton, Roberts, McWilliams & Capshaw, LLP<br>Stephens Building<br>111 Center Street<br>Suite 1315<br>Little Rock, AR 72201 | ⇒ Phone: (501) 372-3480 Fax: (501) 372-3488<br>Widen, Barbara*; Widen, Richard Scott* |
| Ireland, D. Jeffrey<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | ⇒ Phone: (937) 227-3710 Fax: (937) 227-3749 Email: djIreland@ficl w.com<br>Iams Co.* |

Note: Please refer to the report title page for complete report scope and key.

Case 3:07-cv-00706-JAH-CAB    Document 34    Filed 07/02/2007    Page 40 of 4

SUSAN M. HACK, ESQ. (Bar No. 145347)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MENU FOODS HOLDING, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SWARBERG, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>MENO FOODS HOLDING, INC., THE JAMS COMPANY, and DOES 1 through 100, inclusive,<br><br>               Defendants. | CASE NO. **07cv0706 JAH (CAB)**<br><br>**PROOF OF SERVICE BY MAIL/ELECTRONIC NOTICE**<br><br>**TRIAL DATE:  No Date Set** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101.  On July 2, 2007, I served the within documents:

**NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO MAINTAIN STAY**

on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

☒     **(BY ELECTRONIC FILING)**:  I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

SEE NEXT PAGE

HIGGS, FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

801978.1

2

07 cv0706 JAH (CAB))

| | |
|---|---|
| 1 | **SERVED VIA U.S. MAIL:** |
| 2 | Jeffrey B. Cereghino, Esq. |
| 3 | Steven R. Weinmann, Esq.<br>BERDING & WEIL LLP |
| 4 | 3240 Stone Valley Road West<br>Alamo, CA 94507 |

**SERVED VIA U.S. MAIL:**

Jeffrey B. Cereghino, Esq.
Steven R. Weinmann, Esq.
BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, CA 94507

**Nicole Dorsky**
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378

**Jeremy Gilman**
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378

**Priya Jesani**
Pretzel and Stouffer Chartered
One Wacker Drive
Suite 2500
Chicago, IL 60606

**Dennis E. Murray, Sr**
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870

**John T. Murray, Jr**
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870

**Leslie O. Murray**
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870

**Edward B Ruff, III**
Pretzel and Stouffer Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606

**ELECTRONICALLY REGISTERED:**

Don Howarth, Esq.
Howarth and Smith
523 West Sixth Street
Suite 728
Los Angeles, CA 90014
(213)955-9400
Email: dhowarth@howarth-smith.com

D. Jeffrey Ireland
djireland@ficlaw.com

Michael P. Turiello
mturiello@pretzer-stouffer.com

Brian D. Wright
bwright@ficlaw.com

1    I am readily familiar with the firm's practice of collection and processing correspondence

2    for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

3    day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

4    motion of the party served, service is presumed invalid if postal cancellation date or postage

5    meter date is more than one day after date of deposit for mailing in affidavit.

6        I declare under penalty of perjury under the laws of the State of California that the above

7    is true and correct.  Executed on July 2, 2007, at San Diego, California.

8

9                                *Diana Zottolo*

10                               DIANA ZOTTOLO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

801978.1                                    4                        07 cv0706 JAH (CAB))